# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Anthony J. Trenga

City: Arlington, VA

Superseding Indictment:

**Criminal No.** 1:21-CR-245

County: Arlington

Same Defendant:

New Defendant: X

Magistrate Judge Case No.:

Arraignment Date:

Search Warrant Case No.:

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Igor Y. Danchenko   Alias(es):   ☐ Juvenile   FBI No.:

**Address:**

**Employment:** Freelance

**Birth Date:** XX/XX/1978   **SSN:** XXX-XX-7063   **Sex:** Male   **Race:** W   **Nationality:**

**Place of Birth:**   **Height:** 6'0"   **Weight:** 180   **Hair:** Br   **Eyes:** Br   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Mark E. Schamel   ☐ Court Appointed   **Counsel Conflicts:**

**Address:** 2200 Pennsylvania Ave, N.W. Washington, D.C. 20037   ☒ Retained

**Phone:** 202-753-3805   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Michael Keilty, Jonathan Algor, Andrew DeFilippis   **Phone:** 718-938-5534   **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent William Aldenberg, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1001(a)(2) | False Statements | 1, 2, 3, 4, 5 | Felony |
| Set 2: | | | | |

**Date:** 10/28/21   **AUSA Signature:** [signature]

*may be continued on reverse*