UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN
DEPUTY CLERK: TINA FITZGERALD

UNITED STATES OF AMERICA

HEARING: R5   CASE #: 21CR245

-VS-

DATE: 11/5/21   TIME: 2:30 p.m.

Igor Danchenko

RECORDER: FTR SYSTEM   REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES: Michael Kielty

COUNSEL FOR THE DEFENDANT: Mark Schamel

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED :  ( X ) WITH COUNSEL    ( ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____ ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE    ( ) AFFIDAVIT

( ) EXHBIT #_____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( )    ) DFT. DENIES VIOLATION   ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA does not seek detention at this time. The deft is released on Bond w/conditions. Deft.'s unsecured bond must be co-signed by Kristina Arianina. Arraignment set for 11/10/21 at 9:00AM w/Judge Trenga.

ADDED CONDITIONS OF RELEASE:
($ 100,000) UNSECURED ($    ) SECURED ( X ) PTS ( ) 3RD PARTY ( X ) TRAVEL RESTRICTED
( X ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( X ) PASSPORT ( X ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( ) PROBATION ( ) RELEASE

NEXT COURT APPEARANCE: _____ at _____ Before _____