# UNITED STATES DISTRICT COURT
# ARRAIGNMENT MINUTES

Date: **11/10/2021**  
Time: **9:04-9:09**

Case No.: **1:21-CR-245**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter:  
Language:

**UNITED STATES of AMERICA**

V.

**IGOR Y. DANCHENKO**

Counsel for Defendant  
**Michael Schafbuch**

Counsel for Government  
**Michael Kielty**  
**Andrew DeFilippis**  
**Jonathan Algor**

## PROCEEDINGS:

_____   Defendant is arraigned and specifically advised of rights.

**X**   Defendant waived reading of Indictment – WFA, PNG

_____   Indictment/Information read

MOTIONS TO BE FILED BY **1/21/2022** w/ARGUMENT ON **2/23/2022 at 9:00 a.m.**  
CASE CONTINUED TO **4/18/2022 at 10:00 a.m.** FOR JURY TRIAL

[ ] Agreed Discovery Order entered in open court.

Defendant: [ ] Remanded    [**X**] Continued on Bond    [ ] Released on Bond  
Bond set at $    [ ] Unsecured    [ ] Surety    [ ] Personal Recognizance

The Court certifies this as a complex case – speedy trial waived