IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>IGOR Y. DANCHENKO, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:21-cr-245-AJT-1 |

## **ORDER**

It is hereby

ORDERED that a status conference be, and the same hereby is, SCHEDULED in this matter for Wednesday, December 15, 2021, at 9:00 a.m., to discuss the status of discovery, defense counsel's clearances, and such other issues that relate to the progress of the case.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 16, 2021