AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Igor Y. Danchenko<br><br>_____<br>Defendant | )<br>)<br>) Case No. 1:21-cr-245<br>) **UNDER SEAL**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Igor Y. Danchenko ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1001(a)(2) False Statements

Date: 11/3/2021

Issuing officer's signature

J. Lanham D. Clerk
Printed name and title

City and state: Alexandria, Virginia

### Return

| This warrant was received on (date) 11/3/2021 , and the person was arrested on (date) 11/4/2021 |
|---|
| at (city and state) Arlington VA . |
| Date: 11/4/2021 |

Arresting officer's signature

Ryan James SSA FBI
Printed name and title