UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>IGOR Y. DANCHENKO, )<br>)<br>Defendant. )<br>_____) | No. 1:21-cr-245-AJT |

## NOTICE OF APPEARANCE

To the Clerk of Court and all counsel of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Igor Y. Danchenko.

Date:  November 29, 2021

Respectfully submitted,

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch
Lowenstein Sandler LLP
1251 Avenue of the Americas
Seventeenth Floor
New York, NY 10020
T: 212.419.5879
F: 973.597.2400
Email: cschafbuch@lowenstein.com

*Counsel for Defendant*
*Igor Danchenko*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch
