AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CR-245-AJT |
| IGOR Y. DANCHENKO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, Igor Y. Danchenko.

Date:   12/03/2021

*Attorney's signature*

Stuart A. Sears (VSB# 71436)
*Printed name and bar number*
Schertler Onorato Mead & Sears, LLP
901 New York Ave., NW, Suite 500 West
Washington, DC 2001

*Address*

ssears@schertlerlaw.com
*E-mail address*

(202) 628-4199
*Telephone number*

(202) 628-4177
*FAX number*