UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>IGOR Y. DANCHENKO, )<br><br>Defendant. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | No. 1:21-cr-245-AJT |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 57.4(G), defense counsel Christopher M. Schafbuch

and Mark E. Schamel move to withdraw their appearances as counsel of record for Defendant

Igor Y. Danchenko ("Mr. Danchenko").  Mr. Danchenko continues to be represented in this

action by attorney Stuart Sears, who entered his appearance on December 3, 2021.  *See* ECF

No. 25.

Date:   December 6, 2021

Respectfully submitted,

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch (VSB 94588)
Mark E. Schamel (admitted *pro hac vice*)
Lowenstein Sandler LLP
1251 Avenue of the Americas
Seventeenth Floor
New York, NY 10020
T: 212.419.5879
F: 973.597.2400
Email: cschafbuch@lowenstein.com
Email: mschamel@lowenstein.com

*Counsel for Defendant*
*Igor Danchenko*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch