IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-245-AJT-1 |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Pending before the Court is a Motion to Withdraw as Counsel [Doc. No. 27] (the "Motion"), in which defense counsel Christopher Schafbuch and Mark Schamel seek to withdraw from representing the Defendant, who will continue to be represented in this case by Stuart Sears. Upon consideration of the Motion, it is hereby

ORDERED that the Motion to Withdraw as Counsel [Doc. No. 27] be, and the same hereby is, GRANTED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 7, 2021