IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:21-cr-245  , Case Name  US v. Igor Danchenko
Party Represented by Applicant:  Igor Danchenko

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Danny Onorato
Bar Identification Number  480043       State  DC
Firm Name  Schertler Onorato Mead & Sears, LLP
Firm Phone #  202-628-4199       Direct Dial #  202-675-4417       FAX #  202-628-4177
E-Mail Address  donorato@schertlerlaw.com
Office Mailing Address  901 New York Ave, N.W. Suite 500 Washington, D.C. 20001
Name(s) of federal court(s) in which I have been admitted  U.S. District Court for the District of Columbia, U.S. District Court for Maryland, U.S. District Court for the Central District of California, U.S. District Court for Colorado, U.S. District Court for the Western District of Wisconsin, U.S. Court of Appeals for DC Circuit, U.S. Court of Appeals for the Fourth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Stuart Sears
(Typed or Printed Name)

12/14/21
(Date)
71436
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                (Date)