# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **12/15/2021**       Judge:         Hon. Anthony J. Trenga
Time: **9:02 – 9:12**       Reporter:      Rhonda Montgomery
                            Deputy Clerk:  Dani Zirk
                            Interpreter:

Case Number: **1:21-CR-245**

### UNITED STATES OF AMERICA

vs.

### IGOR Y. DANCHENKO                                    **X** Present     __ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Stuart Sears** | **Andrew DeFilippis** |
|  | **Jonathan Algor, IV** |
|  | **Michael Keilty** |

PROCEEDINGS:

This matter came on for a Status Conference. The Court will grant the motion for entry of a Protective Order. Counsel is to submit filings in reference to Section 4 and Section 5 disclosures and is to include the Government's estimated discovery completion date. Additional Status Conference set for 1/12/2022 at 9:00 a.m. The Court grants the Defendant's request to travel as listed on the itinerary submitted to the Court and within Virginia as approved and directed by the probation officer.