IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                                                              )<br>            v.                                                )    Case No. 1:21-cr-245-AJT-1<br>                                                              )<br>IGOR Y. DANCHENKO,                          )<br>                                                              )<br>                                                              )<br>            Defendant.                            )<br>_____)  | |

**ORDER**

The parties appeared before the Court for a status conference on December 15, 2021, and as directed at the status conference, it is hereby

ORDERED that by December 24, 2021, Defendant file an executed waiver with respect to any actual or potential conflicts of interest pertaining to the representation of Defendant's current counsel, including a recitation of whether he has had the benefit of independent counsel on that issue and if not, why; and that by January 7, 2022, the United States file any objections to the continued representation of Defendant's current counsel; and it is further

ORDERED that by Friday, December 24, 2021, after consultation among counsel (1) the United States propose deadlines for the production of all classified discovery and any disclosures under Section 5 of the Classified Information Procedures Act; and (2) Defendant propose a deadline for the filing of any disclosures under Section 4 of the Classified Information Procedures Act; and it is further

ORDERED that a status conference be, and the same hereby is, SCHEDULED for Wednesday, January 12, 2022, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 16, 2021