IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**THE UNITED STATES' MOTION TO
SET PROPOSED CLASSIFIED DISCOVERY AND CIPA SCHEDULE**

The United States of America, by and through its attorney, Special Counsel John H. Durham, respectfully moves this Honorable Court, pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III §§ 1-16, to consider the proposed schedule set forth below for classified discovery deadlines, filing deadlines, notices, and hearings pertaining to the use and admissibility of classified information at trial in this matter.

For the Court's consideration, the parties have proposed the following pretrial deadlines:

| | |
|---|---|
| Deadline to produce classified discovery: | March 29, 2022 |
| Government's Section 4 filing: | April 27, 2022 |
| *Ex parte* Section 4 hearing: | May 3, 2022 |
| Defendant's Section 5(a) written notice: | May 27, 2022 |
| Government's response to defendant's Section 5(a): | June 24, 2022 |
| Defendant's reply: | July 8, 2022 |

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/ Michael T. Keilty
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Dated:  December 23, 2021