IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-245 (AJT) |
| | : | |
| **IGOR Y. DANCHENKO,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEFENDANT IGOR Y. DANCHENKO'S
WAIVER OF ANY ACTUAL OR POTENTIAL CONFLICTS OF INTEREST**

Igor Y. Danchenko, by and through counsel, hereby provides notice of his waiver of any actual or potential conflicts of interest raised by the United States' Motion to Inquire Into Potential Conflicts of Interest. Dkt. 35. Since the government filed its motion, Mr. Danchenko has consulted with his own counsel as well as with separate and independent counsel, Nina J. Ginsberg. Following those consultations, and in light of the fact that his counsel's law firm has agreed to wall off any attorneys or support staff who have previously worked on the representation of the Clinton campaign, Mr. Danchenko has knowingly, intelligently, and voluntarily waived any potential conflicts of interest. *See* Exhibit 1 (Waiver of Potential Conflicts of Interest).[1]

---

[1] The Court ordered defendant to file an executed waiver of any actual or potential conflicts of interest by December 24, 2021. Dkt. 34. However, because Mr. Danchenko is currently traveling with his family, he was unable to physically sign and return a copy of the attached Waiver by the Court's December 24, 2021, deadline. Undersigned counsel has reviewed the attached Waiver with Mr. Danchenko and he has consented to its filing and has authorized counsel to electronically sign the Waiver on his behalf. Mr. Danchenko will physically sign an additional copy of the Waiver upon his return to the District, which will be filed with the Court.

Respectfully submitted,

IGOR Y. DANCHENKO
By Counsel


/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
*Attorney for Igor Y. Danchenko*
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of December, 2021, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

                              /s/ Stuart A. Sears
                              Stuart A. Sears
                              VA Bar 71436
                              *Attorney for Igor Y. Danchenko*
                              SCHERTLER ONORATO MEAD & SEARS, LLP
                              901 New York Avenue, N.W.
                              Suite 500 West
                              Washington, DC  20004
                              Telephone: (202) 628-4199
                              Facsimile: (202) 628-4177
                              ssears@schertlerlaw.com