IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-245 (AJT) |
| | : | |
| **IGOR Y. DANCHENKO,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING OF SIGNED**
<u>**WAIVER OF ANY ACTUAL OR POTENTIAL CONFLICTS OF INTEREST**</u>

    Igor Y. Danchenko, by and through counsel, hereby provides notice of the filing of his signed waiver of any actual or potential conflicts of interest raised by the United States' Motion to Inquire into Potential Conflicts of Interest. Dkt. 35. *See* Exhibit 1 (December 27, 2021, Signed Waiver of Potential Conflicts of Interest).

                Respectfully submitted,

                IGOR Y. DANCHENKO
                By Counsel

                /s/ Stuart A. Sears
                Stuart A. Sears
                VA Bar 71436
                *Attorney for Igor Y. Danchenko*
                SCHERTLER ONORATO MEAD & SEARS, LLP
                901 New York Avenue, N.W.
                Suite 500 West
                Washington, DC  20004
                Telephone: (202) 628-4199
                Facsimile: (202) 628-4177
                ssears@schertlerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2022, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
*Attorney for Igor Y. Danchenko*
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500 West
Washington, DC  20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com