IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-245 (AJT) |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

## WAIVER OF ACTUAL OR POTENTIAL CONFLICTS OF INTEREST

I, Igor Y. Danchenko, have reviewed the government's motion to inquire into potential conflicts of interest (Dkt. 35) that may arise as a result of my continued representation by Danny C. Onorato and Stuart A. Sears, and the law firm of Schertler Onorato Mead & Sears, LLP. I have discussed the government's motion and any actual or potential conflicts of interest with my attorneys and how they could impact their representation of me. In addition, and on the advice of Mr. Onorato and Mr. Sears, I have consulted with independent legal counsel. Specifically, I reviewed and discussed the government's motion with Nina J. Ginsberg, a partner at the law firm of DiMuroGinsberg P.C. Based on my conversations with Mr. Onorato and Mr. Sears, as well as my separate consultation with Ms. Ginsberg, I believe I have a full understanding of any actual or potential conflicts of interest that might arise during the course of my representation. With that knowledge and understanding, I voluntarily waive any actual or potential conflicts of interest, and choose to continue with my current counsel of choice, Danny C. Onorato and Stuart A. Sears.

_____  
Igor Y. Danchenko

27 December 2021  
Date