# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **1/12/2022**  Judge:     Hon. Anthony J. Trenga
Time: **8:59 – 9:05**  Reporter:     Rhonda Montgomery
 Deputy Clerk:   Dani Zirk
 Interpreter:

Case Number: **1:21-CR-245**

**UNITED STATES OF AMERICA**

vs.

**IGOR Y. DANCHENKO**                **X**  Present     __  Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Danny Onorato** | **Andrew DeFilippis** |
| | **Jonathan Algor, IV** |
| | **Michael Keilty** |

PROCEEDINGS:

This matter came on for a Status Conference. Defendant orally waives speedy trial. Motions are to be submitted by September 2, 2022. Jury Trial reset for October 11, 2022 (est. approx. 1 week).