IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties appeared before the Court for a status conference on January 12, 2022, at which time the Court heard argument on the pending United States' Motion to Set Proposed Classified Discovery and CIPA Schedule. [Doc. No. 36] (the "Motion"). Upon consideration of the Motion, the representations of counsel at the status conference, and for the reasons stated in open court, it is hereby

ORDERED that the following pretrial deadlines shall apply for classified discovery deadlines, filing deadlines, notices, and hearings pertaining to the use and admissibility of classified information at trial in this matter:

| | |
|---|---|
| Deadline to produce classified discovery | March 29, 2022 |
| Government's Section 4 filing | April 27, 2022 |
| *Ex parte* Section 4 hearing | May 3, 2022 |
| Defendant's Section 5(a) written notice | May 27, 2022 |
| Government's response to defendant's Section 5(a) | June 24, 2022 |
| Defendant's reply | July 8, 2022 |

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 12, 2022