IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-245-AJT-1 |
| | ) |
| IGOR Y. DANCHENKO, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court for a status conference on January 12, 2022, at which time the Court inquired further into the potential conflict issue raised by the Government in its Motion to Inquire into Potential Conflicts of Interest. [Doc. No. 35] (the "Motion"). During that inquiry, the United States advised that it found the waiver of the actual or potential conflicts of interest executed under oath by the Defendant valid and acceptable, following which the Court questioned the Defendant directly with respect to his knowledge and understanding of the potential conflicts and his willingness to proceed with his current counsel, upon consideration of which the Court finds that Defendant's waiver of any actual or potential conflicts of interest is a knowing and voluntary waiver of any such conflicts and that any such conflicts that may exist are waivable and, as such, it is hereby

ORDERED that the Motion to Inquire into Potential Conflicts of Interest [Doc. No. 35] be, and the same hereby is, GRANTED and Defendant's waiver is accepted.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 12, 2022