IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v. : | |
| : | |
| IGOR Y. DANCHENKO, : | |
| : | |
| Defendant. : | |
| : | |

**CONSENT MOTION TO**
**ADJOURN THE CLASSIFIED DISCOVERY AND CIPA SCHEDULE**

The United States of America, by and through its attorney, Special Counsel John H. Durham with the consent of defense counsel, respectfully moves this Honorable Court, pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III §§ 1-16, to adjourn the deadline for production of classified discovery, which is currently set for March 29, 2022. The government also respectfully requests that the Court reset the CIPA filing schedule in accordance with the proposed schedule set forth below. The government has consulted counsel with counsel for the defendant and they do not object to the adjournment and extension of filing deadlines. The proposed dates would not result in an adjournment of the October 11, 2022 trial date or any other associated deadlines.

To date, the government has produced over 60,000 documents in unclassified discovery. A portion of these documents were originally marked "classified" and the government has worked with the appropriate declassification authorities to produce the documents in an unclassified format. However, recent world events in Ukraine have contributed to delays in the production of classified discovery. The officials preparing and reviewing the documents at the FBI and intelligence agencies are heavily engaged in matters related to Ukraine. Nevertheless,

the government will produce a large volume of classified discovery this week and will continue its efforts to produce documents in classified discovery on a rolling basis, and no later than the proposed deadlines set forth below.

For the Court's consideration, the government, in consultation with defense counsel, proposes the following pretrial deadlines:

| | |
|---|---|
| Deadline to produce classified discovery: | May 13, 2022 |
| Government's Section 4 filing: | May 31, 2022 |
| *Ex parte* Section 4 hearing: | June 8, 2022 |
| Defendant's Section 5(a) written notice: | June 22, 2022 |
| Government's response to defendant's Section 5(a): | July 12, 2022 |
| Defendant's reply: | July 19, 2022 |

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/ *Michael T. Keilty*

Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov