IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-245-AJT-1 |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Pending before the Court is the Government's Consent Motion to Adjourn the Classified

Discovery and CIPA Schedule [Doc. No. 44] (the "Motion"). Upon consideration of the Motion,

it is hereby

ORDERED that the Government's Consent Motion to Adjourn the Classified Discovery

and CIPA Schedule [Doc. No. 44] be, and the same hereby is, GRANTED, and the following

pretrial deadlines shall apply:

| | |
|---|---|
| Deadline to produce classified discovery: | May 13, 2022 |
| Government's Section 4 filing: | May 31, 2022 |
| *Ex parte* Section 4 hearing: | June 8, 2022 |
| Defendant's Section 5(a) written notice: | June 22, 2022 |
| Government's response to defendant's Section 5(a): | July 12, 2022 |
| Defendant's reply: | July 19, 2022 |

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 23, 2022