**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cr-00245-AJT** |
| | ) | |
| **IGOR Y. DANCHENKO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT IGOR DANCHENKO'S UNOPPOSED</u>**
**<u>MOTION FOR PERMISSION TO TRAVEL</u>**

Defendant IGOR DANCHENKO, by and through counsel, respectfully moves this Court to allow him to travel out of state for a family vacation between April 8 and April 16, 2022. Mr. Danchenko would travel to return to the Eastern District of Virginia on April 16, 2022. Mr. Danchenko's Pretrial Services Officer and government counsel do not oppose the request.

Mr. Danchenko has provided Pretrial Services with specific information about the trip, including a detailed travel itinerary and the location where Mr. Danchenko will be staying. Mr. Danchenko also will continue to abide by all his other release conditions, including reporting to Pretrial Services.

WHEREFORE based on the foregoing reasons, undersigned counsel respectfully requests that this motion be granted.

Dated: March 30, 2022                    Respectfully submitted,

                                         _____/s/_____
                                         Stuart A. Sears (VSB 71436)
                                         SCHERTLER ONORATO MEAD & SEARS, LLP
                                         901 New York Avenue, NW
                                         Suite 500 West
                                         Washington, DC 20001
                                         Ph: 202-628-4199
                                         Fax: 202-628-4177
                                         ssears@schertlerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2022, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

                                         _____/s/_____
                                         Stuart A. Sears (VSB 71436)
                                         SCHERTLER ONORATO MEAD & SEARS, LLP
                                         901 New York Avenue, NW
                                         Suite 500 West
                                         Washington, DC 20001
                                         Ph: 202-628-4199
                                         Fax: 202-628-4177
                                         ssears@schertlerlaw.com