IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00245-AJT |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

Upon motion filed by Defendant, IGOR DANCHENKO, by and through his attorney, for Permission to Travel, and seeing that the Motion is unopposed by the United States, it is hereby

ORDERED that Defendant is allowed to travel out of state between April 8 and April 16, 2022 as approved and directed by Pre-Trial Services.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

SO ORDERED:

Date: April 1, 2022
Alexandria, Virginia

1