IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Pending before the Court is the Government's Second Motion to Adjourn the Classified Discovery and CIPA Schedule [Doc. No. 48] (the "Motion"), which Defendant has opposed [Doc. No. 49]. Upon consideration of the Motion, Defendant's opposition thereto, and the current trial date of October 11, 2022, it is hereby

ORDERED that the Government's Second Motion to Adjourn the Classified Discovery and CIPA Schedule [Doc. No. 48] be, and the same hereby is, **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** to the extent that the following revised pretrial deadlines shall apply:

| | |
|---|---|
| Government's Section 4 filing: | June 7, 2022 |
| Deadline to produce classified discovery: | June 13, 2022 |
| *Ex parte* Section 4 hearing: | June 15, 2022 |
| Defendant's Section 5(a) written notice: | July 25, 2022 |
| Government's response to defendant's Section 5(a): | August 15, 2022 |
| Defendant's reply: | August 22, 2022 |

And the Motion is otherwise **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 12, 2022