IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**ORDER**

It is hereby

**ORDERED** that the Court will hold a hearing on any outstanding CIPA-related motions or issues on August 30, 2022, at 9:00 a.m.; it is further

**ORDERED** that the Government disclose all Jencks information to the Defendant in this case on or before September 1, 2022; it is further

**ORDERED** that the Government provide to Defense counsel all exhibits it intends to introduce at trial on or before September 1, 2022; it is further

**ORDERED** that the Defendant file any objections to the Government's exhibits along with supporting reasons for the objection on or before September 15, 2022. Any objections not made before the deadline will be deemed waved; and it is further

**ORDERED** that the parties appear before the Court on September 22, 2022, at 9:00 a.m. for a status conference.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 23, 2022