Filed with the Classified Information Security Officer
CISO *Daniella Medel*
Date 06/07/2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21-cr-0245-AJT |
| v. ) | |
| ) | |
| IGOR DANCHENKO ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**