IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> IGOR Y. DANCHENKO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:21-cr-245-AJT-1 |

**ORDER**

It is hereby

**ORDERED** that the *Ex parte* Section 4 hearing scheduled for June 15, 2022, at 9:00 a.m., is CONTINUED to June 22, 2022, at 8:00 a.m.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 14, 2022