IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2022 JUL 12 P 2: 28 |
| v. | : | Criminal No. 1:21-CR-245 (AJT) |
| IGOR Y. DANCHENKO, | : | |
| Defendant. | : | |

PRAECIPE FOR SUBPOENAS

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 9:00 o'clock a.m., on the 11th day of October 2022, then and there to testify on behalf of the United States: thirty (30) subpoenas.

This 12th day of July 2022.

                              Respectfully submitted,

                              JOHN H. DURHAM
                              Special Counsel

                              By:

                              /s/ Michael T. Keilty
                              Jonathan E. Algor
                              Andrew J. DeFilippis
                              Michael T. Keilty
                              Brittain Shaw
                              Assistant Special Counsels

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21-CR-245 |
| IGOR Y. DANCHENKO | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 701 |
|---|---|
| | Date and Time: October 11, 2022, at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 07/12/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America**, who requests this subpoena, are:

Michael T. Keilty
Assistant Special Counsel
Special Counsel's Office
145 N Street, NE
Suite 3E 803
Washington, D.C. 20530
(718) 938-5534