IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

It is hereby

**ORDERED** that the status conference scheduled for July 28, 2022, at 2:00 p.m., be, and the same hereby is, **CONTINUED** to August 1, 2022, at 2:00 p.m.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 20, 2022