## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00245-AJT |
| ) | |
| **IGOR Y. DANCHENKO,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Before the Court is Defendant's Consent Motion to Extend Deadline for Defendant's Section 5(a) Written Notice,

For good cause shown and with the consent of the Government,

The Court hereby grants Defendant's Motion and ORDERS that the deadline for the filing of Defendant's Section 5(a) written notice is extended from July 25, 2022, to August 2, 2022.

So ORDERED this __21st__ day of July, 2022.

Anthony J. Trenga
United States District Judge