# UNITED STATES DISTRICT COURT
## STATUS CONFERENCE MINUTES

Date: **8/1/2022**
Time: **2:27 – 2:31**

Judge:  Hon. Anthony J. Trenga
Reporter:  Diane Salters
Deputy Clerk:  Dani Zirk
Interpreter:

Case Number: **1:21-CR-245**

## UNITED STATES OF AMERICA

vs.

## IGOR DANCHENKO  __X__ Present  ____ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Stuart Sears** | **John Durham** |
| **Danny Onorato** | **Michael Keilty** |
| | **Adam Small** |

PROCEEDINGS:

This matter came on for a Status Conference. Counsel advises the Court that they have no issues to address. Government estimates their case to take approximately 5-6 trial days.