# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Case No. 1:21-cr-245(AJT) |
| | ) |
| **IGOR DANCHENKO,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT IGOR DANCHENKO'S CIPA SECTION 5 WRITTEN NOTICE OF <u>INTENT TO USE CLASSIFIED INFORMATION</u>**