UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 21-cr-0245-AJT<br>) |
| v. | ) |
| IGOR DANCHENKO | )<br>) |
| Defendant. | )<br>) |

**GOVERNMENT'S SUPPLEMENTAL CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**