Filed with the Classified
Information Security Off
CISO _MSU_
Date _8/15/22_

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> IGOR DANCHENKO ) <br> ) <br> Defendant. ) | Case No. 21-cr-0245-AJT |

**GOVERNMENT'S *IN CAMERA*, UNDER SEAL NOTICE PURSUANT TO CIPA SECTIONS 6(a) AND 6(b) OF OBJECTIONS CONCERNING USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION**