IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-CR-245 (AJT) |
| IGOR Y. DANCHENKO, | |
| Defendant. | |

**PRAECIPE FOR WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Please withdraw the appearance of Andrew J. DeFilippis, Assistant Special Counsel, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

Date:   August 21, 2022         By:   __/S/_____
                                      Andrew J. DeFilippis
                                      Assistant Special Counsel