UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21cr245(AJT) |
| | ) |
| IGOR DANCHENKO, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT IGOR DANCHENKO'S REPLY
TO THE GOVERNMENT'S OBJECTIONS CONCERNING USE,
RELEVANCE, AND ADMISSIBILIY OF CLASSIFIED INFORMATION**