IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**<u>ORDER</u>**

The Court is in receipt of the Government's declaration, submitted pursuant to Sections 6(a), 6(c), and 6(d) of the Classified Information Procedures Act, 18 U.S.C. App. III, requesting that the Court hold any Section 6 hearings in this matter *in camera* and that transcript of any such *in camera* hearing be sealed. [Doc. No. 71]. Section 6 of CIPA provides that the "United States may request the court to conduct a hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceeding." 18 U.S.C. app. 3 § 6(a). Any such hearing "shall be held in camera" if the Attorney General "certifies to the court . . . that a public proceeding may result in the disclosure of classified information." *Id.*; *see also id.* § 6(c) ("Any such hearing [under this section] shall be held in camera at the request of the Attorney General."); *United States v. Moussaoui*, 591 F.3d 263, 282 n.16 (4th Cir. 2010). Therefore, in accordance with the statute and case law, and having found the Government's declaration satisfies the statutory requirements, it is hereby

ORDERED that the Section 6 hearing scheduled for Tuesday, August 30, 2022, at 9:00 a.m. shall be held *in camera*, following which the Court will determine whether the transcript of that hearing shall be sealed in accordance with Section 6(d).

2

The Clerk is directed to forward a copy of this Order to all counsel of record.

                                                                                                   */s/*
                                                                      Anthony J. Trenga
                                                                      United States District Judge

Alexandria, Virginia
August 29, 2022