IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-245-AJT-1 |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

On August 30, 2022, pursuant to Section 6 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, the Court held its scheduled *in camera* hearing with respect to Defendant's Section 5 notice listing classified documents Defendant intended to use at trial and the Government's Section 6 request for a hearing. *See* Order [Doc. No. 72]. Before the hearing, the parties had successfully resolved all issues as to many of the listed documents and during that hearing, the parties agreed to engage in further discussions and efforts with respect to the remaining documents at issue, including Defendant's willingness to withdraw his notice as to certain listed documents and the Government's willingness to review the classified nature of certain listed documents and provide summaries with respect to other listed documents, following which Defendant will advise the Court concerning what further interest, if any, he has in using the listed documents at trial in light of the totality of the information provided to him by the Government.

Upon consideration of the parties' representations at the hearing, and upon review of the parties' written submissions, it is hereby

ORDERED that the Court takes the matter under ADVISEMENT; and it is further

ORDERED that Defendant file a revised Section 5 notice no later than September 20, 2022, specifying what, if any, classified information he still intends to use at trial and why such

information is necessary, relevant and admissible, with the Government filing its response thereto by September 27, 2022, with a supplemental *in camera* hearing, if necessary, on September 29, 2022, following the public hearing on the parties' non-CIPA motions; and it is further

ORDERED that the Court will hold a hearing on any non-CIPA motions on September 29, 2022, at 10:00 a.m.; it is further

ORDERED that the status conference currently scheduled for September 22, 2022, at 9:00 a.m. is hereby CONTINUED to September 29, 2022, at 10:00 a.m.; and it is further

ORDERED that while the parties are encouraged to file any motions *in limine* as early as possible, any motions *in limine* must be filed no later than October 3, 2022, absent good cause shown; and it is further

ORDERED that pursuant to CIPA Section 6(d), the transcript of the *in camera* hearing held on August 30, 2022, be, and the same is, placed under seal.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 30, 2022