IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v. : | |
| : | |
| IGOR Y. DANCHENKO, : | |
| : | |
| Defendant. : | |

**THE GOVERNMENT'S MOTION TO SEAL**

Pursuant to Local Criminal Rule 49(E), the United States moves for an Order sealing the "Government's Motions *In Limine.*" A proposed Order is attached for the Court's consideration.

I. <u>Items to be Sealed and Necessity for Sealing</u>

The Government respectfully requests the Court to seal the "Government's Motions *In Limine*" for the reasons placed on the record in the parties' August 30, 2022 Classified Information Procedures Act Section 6 hearing and until such time when the defendant advises the Court whether he objects to the motions, in whole or part, being filed on the public docket.

II. <u>Precedent for Sealing Documents</u>

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of

access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III.    <u>Period of Time to Have the Document Under Seal</u>

The Government respectfully requests that the materials remain under seal until further order of the Court. Accordingly, the Government respectfully requests that an Order be entered allowing the aforementioned material to be placed under seal.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

/s/
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov

## Certificate of Service

I hereby certify that on the 1st day of September, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:

/s/ _____
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v. : | |
| : | |
| IGOR Y. DANCHENKO, : | |
| : | |
| Defendant. : | |

## ORDER TO SEAL

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is

ORDERED that the "Government's Motions *In Limine*" shall be maintained under seal and will remain under seal until further order of the Court.

_____
The Honorable Anthony J. Trenga
United States District Judge