UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v. : | |
| : | |
| **IGOR Y. DANCHENKO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted,

_____/s/_____
D. Brittain Shaw
Assistant Special Counsel
U.S. Department of Justice
145 N Street, N.E.
Room 3E.803
Washington, D.C. 20530
202-616-3070
Brittain.Shaw@usdoj.gov