IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

### ORDER TO SEAL

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is

ORDERED that the "Government's Motions *In Limine*" shall be maintained under seal and will remain under seal until further order of the Court.

_____  9/2/22
The Honorable Anthony J. Trenga
United States District Judge