IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION FOR UNSEALING ORDER**

The United States of America, by and through its undersigned attorney, Special Counsel John H. Durham, and with the consent of defense counsel, respectfully moves this Court to unseal the Government's Motions *In Limine* (ECF No. 78).

Dated: September 13, 2022
       Alexandria, Virginia

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov

**Certificate of Service**

I hereby certify that on the 13th day of September, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:

/s/
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v.         : | |
| : | |
| IGOR Y. DANCHENKO, : | |
| : | |
| Defendant.   : | |

## UNSEALING ORDER

This matter having come before the Court on the United States' Motion to Unseal, and with the consent of defense counsel, it is

ORDERED that the Motion to Unseal is GRANTED and the Government's Motions *in Limine* (ECF No. 78) be unsealed.

Dated: September ___, 2022
Alexandria, Virginia

_____
The Honorable Anthony J. Trenga
United States District Judge