IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

## UNSEALING ORDER

This matter having come before the Court on the United States' Motion to Unseal, and

with the consent of defense counsel, it is

ORDERED that the Motion to Unseal is GRANTED and the Government's Motions *in*

*Limine* (ECF No. 78) be unsealed.

Dated: September 13 , 2022
    Alexandria, Virginia

                                     /s/

                    Anthony J. Trenga
                    United States District Judge
              The Honorable Anthony J. Trenga
              United States District Judge