IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00245-AJT |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT IGOR DANCHENKO'S OBJECTIONS TO THE GOVERNMENT'S PROPOSED TIRAL EXHIBITS

Defendant Igor Danchenko, by and through counsel, respectfully submits his objections to the Special Counsel's proposed trial exhibits. Many of the proposed exhibits relate to issues currently being litigated through the government's motions *in limine* and may be resolved partly, or entirely, by the Court's ruling on Mr. Danchenko's pending motion to dismiss the indictment. In support of his objections, Mr. Danchenko provides the following:

| Exhibit No. | Description | Objection |
|---|---|---|
| | **FBI Records** | |
| 100 | 2017-01-24 INTERVIEW REPORT OF IGOR DANCHENKO | No objection if used to refresh or impeach. |
| 101 | 2017-05-18 CONTACT REPORT SUBSTITUTION | Physical exhibit not provided. |
| 102 | 2017-10-24 CONTACT REPORT SUBSTITUTION | Physical exhibit not provided. |
| 103 | 2017-11-02 CONTACT REPORT SUBSTITUTION | Physical exhibit not provided. |
| 104 | ANDERSON, AMY LYNC CHATS | Physical exhibit not provided. |
| 105 | AUTEN, BRIAN LYNC CHATS | Physical exhibit not provided. |
| 106 | HELSON, KEVIN LYNC CHATS | Physical exhibit not provided. |
| 107 | HERTZOG, BRITTANY LYNC CHATS | Physical exhibit not provided. |

1

| | | |
|---|---|---|
| 108 | COMPANY REPORT 080 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 109 | COMPANY REPORT 095 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 110 | COMPANY REPORT 097 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 111 | COMPANY REPORT 102 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 112 | COMPANY REPORT 105 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 113 | COMPANY REPORT 111 | No objection if foundation is laid through non-hearsay testimony and if not being offered for the truth of the matter asserted. |
| 114 | 2017-06-12 104500 EMAIL | No objection. |
| 115 | 2017-01-24 INTERVIEW OF IGOR DANCHENKO 1A EXCERPT | No objection. |
| 115T | 2017-01-24 INTERVIEW OF IGOR DANCHENKO 1A EXCERPT TRANSCRIPT | No objection. |
| 150 | 2017-03-16 RECORDING | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |
| 152T | 2017-03-16 RECORDING TRANSCRIPT | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |
| 160 | 2017-05-18 RECORDING | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |
| 160T | 2017-05-18 RECORDING TRANSCRIPT | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |
| 170 | 2017-06-15 RECORDING | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |

| | | |
|---|---|---|
| 170T | 2017-06-15 RECORDING TRANSCRIPT | No objection to use of recording but may raise relevance/cumulative and probative/prejudicial objections depending on how used. |
| | **Google Records** | |
| 200 | 2016-05-26 132800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 200T | 2016-05-26 132800 EMAIL TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 201 | 2016-05-26 170800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 201T | 2016-05-26 170800 EMAIL TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 202 | 2016-07-04 125537 EMAIL | Hearsay. |
| 203 | 2016-07-14 044134 EMAIL | Hearsay. |
| 204 | 2016-07-21 124700 EMAIL | No objection. |
| 204T | 2016-07-21 124700 TRANSLATION | No objection. |
| 205 | 2016-07-26 093300 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 205T | 2016-07-26 093300 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 206 | 2016-07-26 100600 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 206T | 2016-07-26 100600 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 207 | 2016-08-18 123300 EMAIL | No objection. |
| 207T | 2016-08-18 123300 TRANSLATION | No objection. |
| 208 | 2016-08-25 054526 EMAIL | Hearsay. |
| 209 | 2020-07-17 174700 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 209T | 2020-07-17 174700 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 210 | 2020-07-17 191200 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 210T | 2020-07-17 191200 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 211 | 2020-07-17 203800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 211T | 2020-07-17 203800 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 212 | 2020-07-17 212800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 212T | 2020-07-17 212800 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |

| | | |
|---|---|---|
| 213 | 2020-07-18 064600 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 213T | 2020-07-18 064600 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 214 | 2020-07-18 115900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 214T | 2020-07-18 115900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 215 | 2020-07-18 133400 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 215T | 2020-07-18 133400 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 216 | 2020-07-19 012200 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 216T | 2020-07-19 012200 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 217 | 2020-07-19 012600 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 217T | 2020-07-19 012600 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 218 | 2020-07-19 013100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 218T | 2020-07-19 013100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 219 | 2020-07-19 013600 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 219T | 2020-07-19 013600 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 220 | 2020-07-19 054100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 220T | 2020-07-19 054100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 221 | 2020-07-19 131900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 221T | 2020-07-19 131900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 222 | 2020-07-19 134300 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 222T | 2020-07-19 134300 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 223 | 2020-07-19 152100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 223T | 2020-07-19 152100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 224 | 2020-07-19 153900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |

| | | |
|---|---|---|
| 224T | 2020-07-19 153900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 225 | 2020-07-19 174700 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 225T | 2020-07-19 174700 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 226 | 2020-07-19 175600 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 226T | 2020-07-19 175600 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 227 | 2020-07-19 180000 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 227T | 2020-07-19 180000 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 228 | 2020-07-19 182700 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 228T | 2020-07-19 182700 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 229 | 2020-07-19 184100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 229T | 2020-07-19 184100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 230 | 2020-07-19 203400 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 230T | 2020-07-19 203400 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 231 | 2020-07-20 110900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 231T | 2020-07-20 110900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 232 | 2020-07-20 114400 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 232T | 2020-07-20 114400 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 233 | 2020-07-20 115100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 233T | 2020-07-20 115100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 234 | 2020-07-20 115800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 234T | 2020-07-20 115800 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 235 | 2020-07-20 120900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 235T | 2020-07-20 120900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |

| 236 | 2020-07-20 121100 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
|---|---|---|
| 236T | 2020-07-20 121100 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 237 | 2020-07-20 121800 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 237T | 2020-07-20 121800 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 238 | 2020-07-20 122000 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 238T | 2020-07-20 122000 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 239 | 2020-07-20 122300 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 239T | 2020-07-20 122300 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 240 | 2020-07-20 122900 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 240T | 2020-07-20 122900 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 241 | 2020-07-23 033200 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 241T | 2020-07-23 033200 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 242 | 2020-07-23 085000 EMAIL | Sixth Amendment Confrontation Clause and hearsay. |
| 242T | 2020-07-23 085000 TRANSLATION | Sixth Amendment Confrontation Clause and hearsay. |
| 243 | SUBSCRIBER INFORMATION 960279472681 | Relevance/Hearsay/Authenticity. |
| 244 | SUBSCRIBER INFORMATION 281034364316 | Relevance/Hearsay/Authenticity. |
| | **Sprint Records (202-679-xxxx)** | |
| 300 | 2016-01 CALL DETAIL RECORDS | Relevance. |
| 301 | 2016-02 CALL DETAIL RECORDS | Relevance. |
| 302 | 2016-03 CALL DETAIL RECORDS | Relevance. |
| 303 | 2016-04 CALL DETAIL RECORDS | Relevance. |
| 304 | 2016-05 CALL DETAIL RECORDS | No objection. |
| 305 | 2016-06 CALL DETAIL RECORDS | No objection. |

| 306 | 2016-07 CALL DETAIL RECORDS | No objection. |
|---|---|---|
| 307 | 2016-08 CALL DETAIL RECORDS | No objection. |
| 308 | 2016-09 CALL DETAIL RECORDS | No objection. |
| 309 | 2016-10 CALL DETAIL RECORDS | No objection. |
| 310 | 2016-11 CALL DETAIL RECORDS | Relevance. |
| 311 | 2016-12 CALL DETAIL RECORDS | Relevance. |
| 312 | 2017-01 CALL DETAIL RECORDS | Relevance. |
| 313 | 2017-02 CALL DETAIL RECORDS | Relevance. |
| 314 | 2017-03 CALL DETAIL RECORDS | Relevance. |
| 315 | 2017-04 CALL DETAIL RECORDS | Relevance. |
| 316 | 2017-05 CALL DETAIL RECORDS | Relevance. |
| 317 | 2017-06 CALL DETAIL RECORDS | Relevance. |
| 318 | SPRINT SUBSCRIBER INFO DANCHENKO | No objection. |
| 319 | SPRINT RECORDS CERTIFICATION | No objection but should not be necessary in light of expected stipulation. |
| | **AT&T Records (202-445-xxxx)** | |
| 400 | AT&T CERTIFICATION | No objection but should not be necessary in light of expected stipulation. |
| 401 | RECORDS KEY | No objection. |
| 402 | CALL DETAIL RECORDS MOBILITY 2017 | Relevance. If the government can establish the relevance of any entries in the 2017 call records, only those portions of the proposed exhibit should be admitted as opposed to all 1,773 pages. |
| 403 | SUBSCRIBER RECORDS 2017 | Relevance. |
| 404 | CALL DETAIL RECORDS INTERNATIONAL 2017 | Relevance. |
| 405 | CALL DETAIL RECORDS WIRELINE 2017 | Relevance. If the government can establish the relevance of any entries in the 2017 call records, only those portions of the proposed exhibit should be admitted as opposed to all 335 pages. |
| 406 | PAYMENT RECORDS 2017 | Relevance. |

| | | |
|---|---|---|
| 407 | CALL DETAIL RECORDS MOBILITY 2016 | Relevance. If the government can establish the relevance of any entries in the 2016 call records, only those portions of the proposed exhibit should be admitted as opposed to all 655 pages. |
| 408 | SUBSCRIBER RECORDS 2016 | Relevance. |
| 409 | CALL DETAIL RECORDS INTERNATIONAL 2016 | Relevance. |
| 410 | CALL DETAIL RECORDS WIRELINE 2016 | Physical exhibit not provided. |
| | **Verizon Records (404-667-xxxx)** | |
| 500 | BILLING RECORDS | Relevance. If the government can establish the relevance of any entries in the billing records, only those portions of the proposed exhibit should be admitted as opposed to all 129 pages. |
| 501 | ACCOUNT RECORDS | Relevance. |
| 502 | SUBSCRIBER RECORDS | Relevance. |
| 503 | ACCOUNT RECORDS | Relevance. |
| 504 | CERTIFICATION OF RECORDS | No objection but should not be necessary in light of expected stipulation if the underlying records are ruled to be relevant. |
| 505 | CERTIFICATION OF RECORDS | No objection but should not be necessary in light of expected stipulation if the underlying records are ruled to be relevant. |
| | **Facebook Records** | |
| 600 | 571738146 RECORDS | No objection. |
| 601 | 571738146 CERTIFICATE OF AUTHENTICITY | No objection but should not be necessary in light of expected stipulation. |
| 602 | 2016-01-27 ENTRY | Relevance. |
| 603 | 2016-03-22 ENTRY | Relevance. |
| 604 | 2016-05-13 ENTRY | In Russian.  Relevance. |
| 604T | 2016-05-13 ENTRY TRANSLATION | Relevance. |
| 605 | 2016-06-14 ENTRY | In Russian.  Relevance. |
| 605T | 2016-06-14 ENTRY TRANSLATION | Relevance. |
| 606 | 2016-06-18 ENTRY | In Russian.  Relevance. |
| 606T | 2016-06-18 ENTRY TRANSLATION | Relevance. |
| 607 | 2016-07-28 ENTRY | No objection. |
| 608 | 2016-09-18 ENTRY | Relevance. |
| 609 | 2017-01-05 ENTRY | Relevance. |
| | **KGlobal Records** | |
| 700 | 2016-03-08 164300 EMAIL | Relevance/Hearsay. |

| 701 | 2016-03-10 200600 EMAIL | Relevance/Hearsay. |
|---|---|---|
| 702 | 2016-04-29 203300 EMAIL | Relevance/Hearsay. |
| 703 | 2016-04-29 204000 EMAIL | Relevance/Hearsay. |
| 704 | 2016-04-29 212100 EMAIL | Relevance/Hearsay. |
| 705 | 2016-04-30 101100 EMAIL | Relevance/Hearsay. |
| 706 | 2016-04-30 175300 EMAIL | Relevance/Hearsay. |
| 707 | 2016-05-21 142100 EMAIL | Relevance/Hearsay. |
| 708 | 2016-05-31 175100 EMAIL | Relevance/Hearsay. |
| 709 | 2016-06-10 164900 EMAIL | Relevance/Hearsay. |
| 710 | 2016-06-14 080000 EMAIL | Relevance/Hearsay. |
| 711 | 2016-07-22 225900 EMAIL | Relevance/Hearsay. |
| 712 | 2016-08-19 200600 EMAIL | Relevance/Hearsay. |
| 713 | 2016-08-20 124300 EMAIL | Relevance/Hearsay. |
| 714 | 2016-08-20 140000 EMAIL | Relevance/Hearsay. |
| 715 | 2016-09-22 104500 EMAIL | Relevance/Hearsay. |
| 716 | 2016-11-07 141500 EMAIL | Relevance/Hearsay. |
| 717 | 2017-01-13 111500 EMAIL | Relevance/Hearsay. |
| | **Marriott/Ritz Carlton Records** | |
| 800 | 2013-11-08 DUTY MANAGER REPORT | Relevance/Hearsay/Authenticity/Prejudicial. |
| 801 | 2013-11-09 DUTY MANAGER REPORT | Relevance/Hearsay/Authenticity/Prejudicial. |
| 802 | 2013-11-10 INVOICE | Relevance/Hearsay/Authenticity/Prejudicial. |
| 803 | 2013-11-11 LOSS PREVENTION REPORT | Relevance/Hearsay/Authenticity/Prejudicial. |
| 804 | 2013-11-20 125400 EMAIL | In Russian. No translation provided. Relevance/Hearsay/Authenticity/Prejudicial. |
| 805 | 2016-06-14 031700 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 806 | 2017-01-10 214400 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 807 | 2017-01-11 013700 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 808 | 2017-01-11 032000 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 809 | 2017-01-11 062200 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 810 | 2017-01-11 065100 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 811 | 2017-01-11 100500 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 812 | 2017-01-13 074300 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 813 | 2017-01-13 075100 EMAIL | Relevance/Hearsay/Authenticity/Prejudicial. |
| 814 | INSIDE THE KREMLIN CONTACT SHEET | Relevance/Hearsay/Authenticity/Prejudicial. |
| 815 | RC MOSCOW DANCHENKO INVOICE | Relevance/Hearsay/Authenticity/Prejudicial. |
| 816 | RC MOSCOW DANCHENKO DOLAN & KUPKA RESERVATIONS | Relevance/Hearsay/Authenticity/Prejudicial. |
| 817 | RC MOSCOW DOLAN INVOICE | Relevance/Hearsay/Authenticity/Prejudicial. |

| 818 | RC MOSCOW TRUMP RECORDS | Relevance/Hearsay/Authenticity/Prejudicial. |
|---|---|---|
| 819 | RC MOSCOW TRUMP RECORDS | Relevance/Hearsay/Authenticity/Prejudicial. |
| | **Sidar Global Records** | |
| 900 | 2016-02-24 214100 EMAIL | Relevance/Authenticity. If ruled relevant and authenticated, it should not be admitted without the accompanying attachment. |
| | **Perkins Coie Records** | |
| 1000 | PERKINS COIE FUSION GPS CONSULTING AGREEMENT | Relevance/Hearsay/Authenticity/Prejudicial. |
| 1001 | PERKINS COIE LEGAL REPRESENTATION LETTER | Relevance/Hearsay/Authenticity/Prejudicial. |
| | **Gregg Hartley Records** | |
| 1100 | 2016-04-18 165414 EMAIL | Relevance/Authenticity. |
| | **Public Records** | |
| 1200 | 2016-09-23 YAHOO NEWS ARTICLE | Relevance. Does not meet definition of a public record. |
| 1201 | 2016-10-31 MOTHER JONES ARTICLE | Relevance. Does not meet definition of a public record. |
| 1202 | 2017-01-10 BUZZFEED ARTICLE | Relevance. Does not meet definition of a public record. |
| 1203 | 2016-08-19 POLITICO ARTICLE | Relevance. Does not meet definition of a public record. |
| | **Amtrak Records** | |
| 1300 | AMTRAK RECORDS | No objection. |
| 1301 | AMTRAK CERTIFICATION | No objection but should not be necessary in light of expected stipulation. |
| | **Customs & Border Patrol Records** | |
| 1400 | SERGEI MILLIAN TRAVEL RECORD | No objection. |
| | **LinkedIn Records** | |
| 1500 | DANCHENKO LINKEDIN MESSAGES | Relevance/Hearsay. The government has not identified which LinkedIn messages it seeks to introduce and Mr. Danchenko objects to admission of any messages not sent by Mr. Danchenko and objects to the inclusion of any messages not specifically admitted as evidence. |
| 1501 | LINKEDIN BUSINESS RECORD AFFIDAVIT | No objection but should not be necessary in light of expected stipulation. |
| | **Summary Witness Records** | |
| 1600 | SUMMARY 2016-05 - 2020-07 EMAIL TRANSLATIONS | Sixth Amendment Confrontation Clause and hearsay. |

| | | |
|---|---|---|
| 1601 | SUMMARY 2016-07 - 2016-08 EMAIL TRANSLATIONS | No objection to the text of emails sent by Mr. Danchenko. Sixth Amendment Confrontation Clause and hearsay to all other emails. |
| 1602/1605 | SUMMARY DANCHENKO/DOLAN CALL DETAIL RECORDS | Relevance. |
| 1603 | SUMMARY DANCHENKO CALL DETAIL RECORDS | Physical exhibit not provided. |
| | **Microsoft Records** | |
| 1700 | DANCHENKO HOTMAIL CONTACTS RECORDS | Relevance. |
| 1701 | MICROSOFT CERTIFICATION | No objection but should not be necessary in light of expected stipulation. |
| 1702 | HOTMAIL SUBSCRIBER INFORMATION DANCHENKO | No objection. |
| 1703 | HOTMAIL CONTACT MILLIAN | No objection. |

Dated: September 15, 2022

Respectfully submitted,

IGOR DANCHENKO
By Counsel

/s/
Stuart A. Sears (VSB 71436)
Danny Onorato (Pro Hac Vice)
SCHERTLER ONORATO MEAD & SEARS, LLP
555 Thirteenth Street, NW
Suite 500 West
Washington, DC 20004
Ph: 202-628-4199
Fax: 202-628-4177
ssears@schertlerlaw.com
donorato@schertlerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send automatic notice of such filing to all counsel for record.

                                                  /s/
                                  Stuart A. Sears (VSB 71436)
                                  Danny Onorato (Pro Hac Vice)
                                  SCHERTLER ONORATO MEAD & SEARS, LLP
                                  555 Thirteenth Street, NW
                                  Suite 500 West
                                  Washington, DC 20004
                                  Ph: 202-628-4199
                                  Fax: 202-628-4177
                                  ssears@schertlerlaw.com