IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-CR-245 (AJT) |
| v. : | |
| : | |
| IGOR Y. DANCHENKO, : | |
| : | |
| Defendant. : | |
| : | |

**CONSENT MOTION TO
ADJOURN THE PARTIES' RESPECTIVE MOTION REPLY DATES**

The United States of America, by and through its attorney, Special Counsel John H. Durham, with the consent of defense counsel, respectfully moves this Honorable Court to adjourn the deadline for the filing of the parties' respective replies to the motions previously filed by one day. Currently, the replies are due September 22, 2022. The parties respectfully request that the Court adjourn the due dates to September 23, 2022.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/ *Michael T. Keilty*
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov

**Certificate of Service**

I hereby certify that on the 21st day of September, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:

/s/
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter having come before the Court on the United States' Motion to Adjourn, and with the consent of defense counsel, it is

ORDERED that the parties' respective replies to their previously filed motions shall be filed by September 23, 2022.

Dated: September ___, 2022
Alexandria, Virginia

_____
The Honorable Anthony J. Trenga
United States District Judge