IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter having come before the Court on the United States' Motion to Adjourn, and with the consent of defense counsel, it is

ORDERED that the parties' respective replies to their previously filed motions shall be filed by September 23, 2022.

Dated: September 21, 2022
       Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge