AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CR-245-AJT |
| IGOR Y. DANCHENKO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, Igor Y. Danchenko                                                                 .

Date:   09/23/2022

*Attorney's signature*

Noah Cherry (VSB# 95726)
*Printed name and bar number*

Schertler Onorato Mead & Sears, LLP
555 13th Street, NW, Suite 500 West
Washington, DC 20004
*Address*

ncherry@schertlerlaw.com
*E-mail address*

(202) 628-4199
*Telephone number*

(202) 628-4177
*FAX number*