# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Stuart Sears |
| | Danny Onorato |
| | Charlie Tent and Grace McMahon |
| Electronic Device(s): | Lenovo Laptop - 1    Dell Laptop - 4 |
| | Lenovo Laptop - 2 |
| | Lenovo Laptop - 3 |
| Purpose and Location Of Use: | In-trial, document review and preparation |
| Case No.: | Case No. 1:21-cr-00245-AJT |
| Date(s) Authorized: | October 11, 2022 - October 21, 2022 |
| IT Clearance Waived: | ✓ (Yes)  ___ (No) |

APPROVED BY: /s/
Anthony J. Trenga
United States District/Magistrate/Bankruptcy Judge

Date: 9/26/22

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
              IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**