# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION AND STATUS CONFERENCE MINUTES

Date: **9/29/2022**　　　　　　　　　　Judge:　　Anthony J. Trenga
Time: **10:00 – 11:20**　　　　　　　　Reporter:　Rhonda Montgomery

Case Number: **1:21-CR-245**

**UNITED STATES OF AMERICA**

vs.

**IGOR Y. DANCHENKO**　　　　　　　**X**　Present　　___ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Stuart Sears** | **Deborah Brittain Shaw** |
| **Danny Onorato** *(pro hac vice)* | **John Durham** |
| | **Michael Keilty** |

PROCEEDINGS:

Defendant's [79] Motion to Dismiss the Indictment – Argued and Denied.
Government's [78] Motion in Limine – Argued and taken under advisement.

Order to follow.

The Court indicated that the parties would be notified on the jurors stricken for cause based on the questionnaire. The Court further indicated that 4 alternates would be empaneled and that the standard number of peremptory strikes would be given for the 12, and two additional strikes would be given for the alternates.

Counsel indicted they will notify the court if any additional CIPA issues will need to be addressed.