IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

This matter is before the Court on Defendant Igor Danchenko's Motion to Dismiss the Indictment for Failure to State an Offense [Doc. No. 79] (the "Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments of counsel at the hearing held on September 29, 2022, and for the reasons stated in open court, it is hereby

ORDERED that Defendant Igor Danchenko's Motion to Dismiss the Indictment for Failure to State an Offense [Doc. No. 79] is **DENIED**.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 29, 2022