IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-245-AJT-1 |
| | ) |
| IGOR Y. DANCHENKO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>ORDER</u>**

It is hereby

ORDERED that the following prospective jurors are excused for cause: Juror Numbers 3, 4, 6, 7, 9, 10, 11, 16, 17, 18, 21, 24, 25, 26, 27, 30, 31, 32, 36, 39, 40, 43, 45, 46, 47, 48, 50, 51, 53, 54, 55, 56, 63, 65, 67, 71, 72, 73, 75, 77, 80, 83, 87, 88, 90, 92, 94, 95, 100, 102, 103, 106, 109, 112, 117, 120, 122, 123, 126, 128, 131, 133, 135, 136, 141, 154, 157, 159, 160, 162, 163, 164, 168, 170, 171, 172, 173, 174, 175, 176, 178, 180, 189, 195, 196, 197, 199, 202, 204, 206, 207, 208, 215, 216, 220, 222, 224, 226, 228, 229, 230, 232, 233, 237, 239, 240, 241, 242, 246, 247, 249, 253, 256, 257, 258, 259, 261, 263, 264, 269, 271, 274, 275, 276, 277, 278, 283, 286, 287, 289, 290, 291, 292, 294, 295, 297, 299, 300.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 29, 2022