## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Kori Arsenault |
| | Michael Keilty |
| | Deborah Brittain Shaw |
| Electronic Device(s): | Three HP Laptops |
| | |
| Purpose and Location Of Use: | In-trial presentation & document review |
| Case No.: | 1:21-cr-00245 AJT |
| Date(s) Authorized: | October 11, 2022 - October 21, 2022 |
| IT Clearance Waived: | ✓ (Yes) _____ (No) |

APPROVED BY:

/s/

Anthony J. Trenga
United States District Judge
United States District/Magistrate/Bankruptcy Judge

Date: 9/30/22

**A copy of this signed authorization must be presented upon entering the courthouse.**

| | | |
|---|---|---|
| IT Clearance: | _____ | _____ |
| | IT Staff Member | Date(s) |

**IT clearance must be completed, unless waived, before court appearance.**