IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-245-AJT-1 |
| | ) | |
| IGOR Y. DANCHENKO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

In addition to the Court's previous Order [Doc. No. 95], it is hereby

ORDERED that the following prospective jurors are excused for cause: Juror Numbers 12,

13, 28, 81, 107, 108, 121, 147, 192, 194, 198, 205, 221, 235, 265, 268, 285, 296.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 6, 2022