IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
|  | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
|  | : | |
| IGOR Y. DANCHENKO, | : | |
|  | : | |
| Defendant. | : | |

**GOVERNMENT'S LIST OF TRIAL EXHIBITS**

| GX # | FBI Records | Admitted |
| :---: | :--- | :---: |
| 100 | 3-DAY INTERVIEW REPORT OF IGOR DANCHENKO | |
| 101 | 2017-05-18 CONTACT REPORT SUBSTITUTION | |
| 102 | 2017-10-24 CONTACT REPORT SUBSTITUTION | |
| 103 | 2017-11-02 CONTACT REPORT SUBSTITUTION | |
| 104 | ANDERSON, AMY LYNC CHATS | |
| 105 | AUTEN, BRIAN LYNC CHAT EXCERPT | |
| 106 | HELSON, KEVIN LYNC CHATS | |
| 107 | HERTZOG, BRITTANY LYNC CHATS | |
| 114 | 2017-06-12 104500 EMAIL | |
| 115 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL | |
| 115T | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL TRANSCRIPT | |
| 116 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT BUSINESS CARD | |
| 117 | DOSSIER REPORTS | |
| 118 | IMMUNITY LETTER | |
| 119 | 2017-05-17 CONTACT REPORT SUBSTITUTION | |
| 120 | 2017-07-13 CONTACT REPORT SUBSTITUTION | |
| 150 | 2017-03-16 RECORDING | |
| 0151 | 2017-03-16 RECORDING EXCERPT | |
| 0151T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | |
| 0152 | 2017-03-16 RECORDING EXCERPT | |
| 0152T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | |
| 0153 | 2017-03-16 RECORDING EXCERPT | |
| 0153T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | |

| | | |
|---|---|---|
| 160 | 2017-05-18 RECORDING | |
| 0161 | 2017-05-18 RECORDING EXCERPT | |
| 0161T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 0162 | 2017-05-18 RECORDING EXCERPT | |
| 0162T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 0163 | 2017-05-18 RECORDING EXCERPT | |
| 0163T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 0164 | 2017-05-18 RECORDING EXCERPT | |
| 0164T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 170 | 2017-06-15 RECORDING | |
| 0171 | 2017-06-15 RECORDING EXCERPT | |
| 0171T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | |
| 0172 | 2017-06-15 RECORDING EXCERPT | |
| 0172T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | |
| 0173 | 2017-06-15 RECORDING EXCERPT | |
| 0173T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | |
| **GX#** | **Google Records** | **Admitted** |
| 203 | 2016-07-14 044134 EMAIL | |
| 204 | 2016-07-21 124700 EMAIL | |
| 204T | 2016-07-21 124700 TRANSLATION | |
| 205 | 2016-07-26 093300 EMAIL | |
| 205T | 2016-07-26 093300 TRANSLATION | |
| 207 | 2016-08-18 123300 EMAIL | |
| 207T | 2016-08-18 123300 TRANSLATION | |
| **GX#** | **Sprint Records (202-679-xxxx)** | **Admitted** |
| 300 | 2016-01 CALL DETAIL RECORDS | |
| 301 | 2016-02 CALL DETAIL RECORDS | |
| 302 | 2016-03 CALL DETAIL RECORDS | |
| 303 | 2016-04 CALL DETAIL RECORDS | |
| 304 | 2016-05 CALL DETAIL RECORDS | |
| 305 | 2016-06 CALL DETAIL RECORDS | |
| 306 | 2016-07 CALL DETAIL RECORDS | |
| 307 | 2016-08 CALL DETAIL RECORDS | |
| 308 | 2016-09 CALL DETAIL RECORDS | |
| 309 | 2016-10 CALL DETAIL RECORDS | |
| 310 | 2016-11 CALL DETAIL RECORDS | |
| 311 | 2016-12 CALL DETAIL RECORDS | |
| 312 | 2017-01 CALL DETAIL RECORDS | |
| 313 | 2017-02 CALL DETAIL RECORDS | |
| 314 | 2017-03 CALL DETAIL RECORDS | |
| 315 | 2017-04 CALL DETAIL RECORDS | |

| | | |
|---|---|---|
| 316 | 2017-05 CALL DETAIL RECORDS | |
| 317 | 2017-06 CALL DETAIL RECORDS | |
| 318 | SPRINT SUBSCRIBER INFO DANCHENKO | |
| **GX#** | **AT&T Records (202-445-xxxx)** | **Admitted** |
| 402 | CALL DETAIL RECORDS MOBILITY 2017 | |
| 403 | SUBSCRIBER RECORDS 2017 | |
| 404 | CALL DETAIL RECORDS INTERNATIONAL 2017 | |
| 405 | CALL DETAIL RECORDS WIRELINE 2017 | |
| 407 | CALL DETAIL RECORDS MOBILITY 2016 | |
| 408 | SUBSCRIBER RECORDS 2016 | |
| 409 | CALL DETAIL RECORDS INTERNATIONAL 2016 | |
| 410 | CALL DETAIL RECORDS WIRELINE 2016 | |
| **GX#** | **Verizon Records (404-667-xxxx)** | **Admitted** |
| 500 | BILLING RECORDS | |
| 501 | ACCOUNT RECORDS | |
| 503 | ACCOUNT RECORDS | |
| **GX#** | **Facebook Records** | **Admitted** |
| 605 | 2016-06-14 ENTRY | |
| 605T | 2016-06-14 ENTRY TRANSLATION | |
| 610 | 2016-09-26 ENTRY | |
| 610T | 2016-09-26 ENTRY TRANSLATION | |
| 611 | 2018-04-04 ENTRY | |
| 612 | 2018-12-09 ENTRY | |
| 612T | 2018-12-09 ENTRY TRANSLATION | |
| **GX#** | **KGlobal Records** | **Admitted** |
| 700 | 2016-03-08 164300 EMAIL | |
| 701 | 2016-03-10 200600 EMAIL | |
| 702 | 2016-04-29 203300 EMAIL | |
| 703 | 2016-04-29 204000 EMAIL | |
| 704 | 2016-04-29 212100 EMAIL | |
| 705 | 2016-04-30 101100 EMAIL | |
| 706 | 2016-04-30 175300 EMAIL | |
| 708 | 2016-05-31 175100 EMAIL | |
| 709 | 2016-06-10 164900 EMAIL | |
| 710 | 2016-06-14 080000 EMAIL | |
| 711 | 2016-07-22 225900 EMAIL | |
| 712 | 2016-08-19 200600 EMAIL | |
| 713 | 2016-08-20 124300 EMAIL | |
| 714 | 2016-08-20 140000 EMAIL | |
| 715 | 2016-09-22 104500 EMAIL | |
| 717 | 2017-01-13 111500 EMAIL | |

| GX# | Marriott/Ritz Carlton Records | Admitted |
|---|---|---|
| 805 | 2016-06-14 031700 EMAIL | |
| 814 | INSIDE THE KREMLIN CONTACT SHEET | |
| **GX#** | **Public Records** | **Admitted** |
| 1200 | 2016-09-23 YAHOO NEWS ARTICLE | |
| 1202 | 2017-01-10 BUZZFEED ARTICLE | |
| 1203 | 2016-08-19 POLITICO ARTICLE | |
| 1204 | 2017-05-17 MUELLER APPOINTMENT | |
| 1205 | DECLASSIFIED FISA 1 | |
| 1206 | DECLASSIFIED FISA 2 | |
| 1207 | DECLASSIFIED FISA 3 | |
| 1208 | DECLASSIFIED FISA 4 | |
| **GX#** | **Customs & Border Patrol Records** | **Admitted** |
| 1400 | SERGEI MILLIAN TRAVEL RECORD | |
| **GX#** | **LinkedIn Records** | **Admitted** |
| 1500 | DANCHENKO LINKEDIN MESSAGES | |
| 1502 | DANCHENKO LINKEDIN MESSAGES EXCERPT | |
| **GX#** | **Summary Witness Records** | **Admitted** |
| 1602 | SUMMARY DANCHENKO/DOLAN CALL DETAIL RECORDS | |
| 1603 | SUMMARY DANCHENKO CALL DETAIL RECORDS | |
| **GX#** | **Microsoft Records** | **Admitted** |
| 1702 | HOTMAIL SUBSCRIBER INFORMATION DANCHENKO | |
| 1703 | HOTMAIL CONTACT MILLIAN | |
| 1704 | HOTMAIL CONTACT DANCHENKO, ALYONA | |
| 1705 | HOTMAIL CONTACT CDS | |
| 1706 | HOTMAIL CONTACT MARTIN, JOSH | |
| 1707 | HOTMAIL CONTACT DOLAN, CHARLES | |
| 1708 | HOTMAIL CONTACT SIDAR, CENK | |
| 1709 | HOTMAIL CONTACT K, LYDIA | |
| 1710 | HOTMAIL CONTACT KUPKA, STEVEN | |
| 1711 | HOTMAIL CONTACT OLYA | |