IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

## ORDER TO SEAL

This matter having come before the Court on the United States' Motion to Seal pursuant

to Local Criminal Rule 49(E) and for good cause shown, it is

ORDERED that the "Government's Witness List" shall be maintained under seal and will

remain under seal until further order of the Court.

_____   10/7/22

Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge