SCHERTLER ONORATO MEAD & SEARS

# **PRIVILEGED & CONFIDENTIAL**
# **ATTORNEY-CLIENT PRIVILEGED**
# **ATTORNEY WORK PRODUCT**

# **DANCHENKO, IGOR**

## Defense Exhibits

FILED 2022 OCT 11 A 8:32

# **Vol. 1 of 2**

*14 binders from Def. Counsel*

ATTORNEYS AT LAW | 555 13TH STREET, NW SUITE 500 WEST WASHINGTON, DC 20004 | 202.628.4199  202.628.4177 FAX  WWW.SCHERTLERLAW.COM