IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-CR-245 (AJT) |
| v. | : |
| | : |
| IGOR Y. DANCHENKO, | : |
| | : |
| Defendant. | : |

## TRIAL EXHIBIT CUSTODY FORM

Government Exhibits 100 through 1711 were received on 10/06/2022.

_____
Signature of person receiving exhibits

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits