CRIMINAL JURY TRIAL PROCEEDINGS (DAY 1)

Date: 10/11/2022        Case No: 1:21-cr-00245-AJT-1       Time: 09:04 a.m. – 09:58 a.m. (00:54)
                                                                 10:24 a.m. – 12:01 p.m. (01:37)
Before the Honorable: ANTHONY J. TRENGA                          01:11 p.m. – 02:28 p.m. (01:17)
                                                                 02:46 p.m.  – 04:17 p.m. (01:31)
Court Reporter: Rhonda Montgomery (AM)                           04:41 p.m. – 05:44 p.m. (01:03)
                Tonia Harris (PM)                                (06:22)

Courtroom Deputy: Tanya Randall


              PARTIES                                        COUNSEL

UNITED STATES OF AMERICA            John Durham, Michael Keilty, Brittany Shaw, Ryan James
                                    (special agent), Kari Arsenault (special paralegal)
vs.

IGOR Y. DANCHENKO                   Danny Onorato, Stuart Sears, Matthew Milzman (paralegal),
                                    Charles Tent (paralegal), Grace McMahon (paralegal)

THIS MATTER CAME ON FOR A TRIAL BY JURY.
- Preliminary matters discussed.
- Gov't request to unseal witness list – GRANTED.
- The jurors appeared as summoned and were examined on voir dire. 16 jurors were selected and sworn to try the issues. Jury List provided to jury clerk.

---

Rule on Witnesses [   ]        Opening Statements [ X ]

Government Adduced Evidence [ X ] and Rests [   ] Motions: _____

Defendant(s) Adduced Evidence and Rests [   ] Motions: _____

Rebuttal Evidence Adduced [   ]    Sur-Rebuttal Evidence Adduced [   ]    Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]        Jury Charged [   ]        Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [   ]              Jury Discharged [   ]     Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [   ]         Deft(s) Continued on Present Bond [ X ]
PSIR Ordered [   ]             Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **05:43 P.M.**

Case Continued To: **WEDNESDAY, OCTOBER 12, 2022 AT 9:00 A.M.** for **STATUS BEFORE TRIAL**

Case Continued To: **WEDNESDAY, OCTOBER 12, 2022 AT 9:30 A.M.** for **JURY TRIAL**