## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 2)

| | | |
|---|---|---|
| Date: 10/12/2022 | Case No: 1:21-cr-00245-AJT-1 | Time: 09:03 a.m. – 11:07 a.m. (02:04) |
| | | 11:34 a.m. – 12:55 p.m. (01:21) |
| Before the Honorable: ANTHONY J. TRENGA | | 02:05 p.m. – 03:44 p.m. (01:39) |
| | | 04:04 p.m. – 05:42 p.m. (01:38) |
| Court Reporter: Rhonda Montgomery (AM) | | (06:42) |
| Tonia Harris (PM) | | |

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | John Durham, Michael Keilty, Brittany Shaw, Ryan James (special agent), Kari Arsenault (special paralegal) |
| vs. | |
| IGOR Y. DANCHENKO | Danny Onorato, Stuart Sears, Matthew Milzman (paralegal), Charles Tent (paralegal), Grace McMahon (paralegal) |

THIS MATTER CAME ON FOR A TRIAL BY JURY.
- Preliminary matters discussed.
- Note received from jury, discussed with counsels, and response given to the jurors in open court.

Rule on Witnesses [  ]     Opening Statements [  ]

Government continued to Adduce Evidence [ X ] and Rests [  ] Motions: _____

Defendant(s) Adduced Evidence and Rests [  ] Motions: _____

Rebuttal Evidence Adduced [  ]    Sur-Rebuttal Evidence Adduced [  ]    Evidence Concluded [  ]

Jury Instruction Conference held with counsel [  ]

Closing Arguments [  ]        Jury Charged [  ]        Jury Retired to Deliberate [  ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [  ]              Jury Discharged [  ]        Jury Verdict Filed in Open Court [  ]
Deft(s) Remanded [  ]         Deft(s) Continued on Present Bond [ X ]
PSIR Ordered [  ]             Deft(s) Directed to Report to P.O. [  ]

Jurors excused at **05:41 P.M.**

Case Continued To: **THURSDAY, OCTOBER 13, 2022 AT 9:00 A.M.** for **STATUS BEFORE TRIAL**

Case Continued To: **THURSDAY, OCTOBER 13, 2022 AT 9:30 A.M.** for **JURY TRIAL**