IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-CR-245 (AJT) |
| v. | : **FILED UNDER SEAL** |
| | : |
| IGOR Y. DANCHENKO, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S LIST OF TRIAL WITNESSES

The Government may call the following witnesses at trial:

1. FBI Supervisory Special Agent Amy Anderson
2. FBI Supervisory Intelligence Analyst Brian Auten
3. Charles Dolan
4. FBI Special Agent Kevin Helson
5. Brittany Hertzog
6. FBI Supervisory Special Agent Ryan James

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

/S/
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
Brittain.Shaw@usdoj.gov