## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 3)

| | | |
|---|---|---|
| Date: 10/13/2022 | Case No: 1:21-cr-00245-AJT-1 | Time: 09:04 a.m. – 09:09 a.m. (00:05) |
| | | 09:37 a.m. – 10:57 a.m. (01:20) |
| Before the Honorable: ANTHONY J. TRENGA | | 11:20 a.m. – 12:58 p.m. (01:38) |
| | | 02:06 p.m. – 04:04 p.m. (01:58) |
| Court Reporter: Rhonda Montgomery (AM) | | 04:31 p.m. – 06:01 p.m. (01:30) |
| Tonia Harris (PM) | | (06:31) |

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | John Durham, Michael Keilty, Brittany Shaw, Ryan James (special agent), Kari Arsenault (special paralegal) |
| vs. | |
| IGOR Y. DANCHENKO | Danny Onorato, Stuart Sears, Matthew Milzman (paralegal), Charles Tent (paralegal), Grace McMahon (paralegal) |

THIS MATTER CAME ON FOR A TRIAL BY JURY.
- Preliminary matters discussed.
- Juror #51 was replaced with Juror #90 (alternate 1).

---

Rule on Witnesses [   ]     Opening Statements [   ]

Government continued to Adduce Evidence [ X ] and Rests [   ] Motions: _____

Defendant(s) Adduced Evidence and Rests [   ] Motions: _____

Rebuttal Evidence Adduced [   ]     Sur-Rebuttal Evidence Adduced [   ]     Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]          Jury Charged [   ]          Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [   ]                    Jury Discharged [   ]     Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [   ]           Deft(s) Continued on Present Bond [ X ]
PSIR Ordered [   ]                Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **06:00 P.M.**

Case Continued To: **FRIDAY, OCTOBER 14, 2022 AT 9:00 A.M.** for **STATUS BEFORE TRIAL**

Case Continued To: **FRIDAY, OCTOBER 14, 2022 AT 9:30 A.M.** for **JURY TRIAL**