CRIMINAL JURY TRIAL PROCEEDINGS (DAY 4)

Date: 10/14/2022     Case No: 1:21-cr-00245-AJT-1     Time: 09:07 a.m. – 09:15 a.m.
                                                            09:30 a.m. – 10:48 a.m.
Before the Honorable: ANTHONY J. TRENGA                     11:18 a.m. – 12:55 p.m.
                                                             2:00 p.m. – 2:30 p.m.
Court Reporter: Rhonda Montgomery (AM)                       2:55 p.m. – 3:15 p.m.
                Tonia Harris (PM)                            3:30 p.m. – 3:50 p.m.

|  PARTIES  |  COUNSEL  |
|---|---|
| UNITED STATES OF AMERICA | John Durham, Michael Keilty, Brittany Shaw, Ryan James (special agent), Kari Arsenault (special paralegal) |
| vs. | |
| IGOR Y. DANCHENKO | Danny Onorato, Stuart Sears, Matthew Milzman (paralegal), Charles Tent (paralegal), Grace McMahon (paralegal) |

THIS MATTER CAME ON FOR A TRIAL BY JURY.

Preliminary matters heard.

Government's Motion for reconsideration regarding admission of Exhibit 900 – Argued and Denied.

Government continued to Adduce Evidence [ ] and Rests [✓]

Jury excused for the day (at 2:10 p.m.)

Motions:  Defendant's Rule 29 Motion for Judgment as a Matter of Acquittal – Argued and Granted as to Count 1; Counts 2-5 will be submitted to the jury.

Jury Instruction Conference held with counsel [✓]

Closing Arguments [ ]         Jury Charged [ ]         Jury Retired to Deliberate [ ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [ ]               Jury Discharged [ ]       Jury Verdict Filed in Open Court [ ]
Deft(s) Remanded [ ]          Deft(s) Continued on Present Bond [✓]
PSIR Ordered [ ]              Deft(s) Directed to Report to P.O. [ ]


Case Continued To:  **MONDAY, OCTOBER 17, 2022 AT 9:00 A.M.** for **STATUS BEFORE TRIAL**

Case Continued To:  **MONDAY, OCTOBER 17, 2022 AT 9:30 A.M.** for **JURY TRIAL**