# UNITED STATES DISTRICT COURT
# CRIMINAL JURY TRIAL – DAY 5

| | |
|---|---|
| Date: 10/17/2022 | Case No.: 1:21-CR-245 |
| Time: 9:05-9:16 | Judge: Hon. Anthony J. Trenga |
| 9:44-10:18 | Reporter: Rhonda Montgomery |
| 10:34-12:13 | Deputy Clerk: Dani Zirk |
| 12:31-1:09 | Interpreter: |
| 5:45-5:48 | Language: |

**UNITED STATES of AMERICA**

V.

**IGOR Y. DANCHENKO**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Danny Onorato** | **John Durham** |
| **Stuart Sears** | **Michael Keilty** |
| | **Brittany Shaw** |

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS.  THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE:   Jury List provided to Jury Clerk.

PROCEEDINGS:

Rule envoked on witnesses [   ]       Opening statements made [   ]

Government adduced evidence and rests [   ] Motions:

Defendant adduced evidence and rests [**X**] Motions: Rule 29 Motion renewed as to the remaining Counts; the Court reserves on ruling

Rebuttal evidence adduced [   ]   Sur-Rebuttal evidence adduced [   ]   Evidence concluded [**X**]

Closing arguments heard [**X**]       Jury charged [**X**]       Jury retired to deliberate [**X**]

Jury returned to the courtroom with a verdict of:

Jury polled [   ]         Jury discharged [   ]        Jury verdict filed in open court [   ]

Defendant(s) remanded [   ]      Defendant continued on present bond [**X**]
PSIR ordered [   ]        Defendant(s) directed to report to P.O. [   ]

Case Continued To: Tuesday, 10/18/2022 at 9:30 a.m.            For: Jury Trial (Day 6)