IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-245-AJT-1 |
| ) | |
| IGOR Y. DANCHENKO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

On October 14, 2022, following the close of the government's case-in-chief, Defendant Igor Y. Danchenko made a motion in open court for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 on all five counts of the Indictment. Upon consideration of Defendant's Motion, the Court granted Defendant's Motion as to Count I of the Indictment in open Court on October 14, 2022, and, pursuant to Federal Rule of Criminal Procedure 29(b), reserved its decision on Defendant's Motion as to Counts II-V of the Indictment, and in connection with the grant of Defendant's Motion as to Count I, the Clerk is directed to enter a Judgment of Acquittal as to Count I.

_____
Anthony J. Trenga
Senior U.S. District Judge

Alexandria, Virginia
October 17, 2022