AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

IGOR Y. DANCHENKO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-CR-245

The Defendant's Rule 29 Motion is granted as to Count 1 of the Indictment, and it is hereby ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 1 of the Indictment.

_____
Signature of Judge
Anthony J. Trenga
United States District Judge

Anthony J. Trenga — Name of Judge
U.S. District Judge — Title of Judge

10/17/2022
Date