1222

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
                     ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,   )  Case 1:21-cr-245
                            )
            Plaintiff,      )
                            )
     v.                     )  Alexandria, Virginia
                            )  October 18, 2022
IGOR Y. DANCHENKO,          )  3:46 p.m.
                            )
            Defendant.      )  Volume 6
_____)  Pages 1222 - 1227


                    TRANSCRIPT OF TRIAL

          BEFORE THE HONORABLE ANTHONY J. TRENGA

              UNITED STATES DISTRICT COURT JUDGE

                         AND A JURY
```

APPEARANCES:

FOR THE PLAINTIFF:

    JOHN DURHAM, ESQUIRE
    MICHAEL T. KEILTY, ESQUIRE
    D. BRITTAIN SHAW, ESQUIRE
    U.S. DEPARTMENT OF JUSTICE
    145 N Street, N.E.
    Washington, D.C.  20002
    (203) 410-2641

FOR THE DEFENDANT:

    STUART A. SEARS, ESQUIRE
    DANNY ONORATO, ESQUIRE, *PRO HAC VICE*
    SCHERTLER, ONORATO, MEAD & SEARS
    555 13th Street, N.W., Suite 500 West
    Washington, D.C.  20004
    (202) 628-4199

THE DEFENDANT, IGOR Y. DANCHENKO, IN PERSON

  COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

1     (The jury is not present.)
2            THE CLERK: Criminal Case No. 1:21-cr-245,
3 *United States v. Igor Danchenko*.
4            Counsel, will you please note your
5 appearances for the record.
6            MR. DURHAM: Good afternoon, Your Honor.
7 John Durham, Michael Keilty, and Brittain Shaw for the
8 United States, and at counsel table also is Paralegal
9 Kori Arsenault.
10           THE COURT: Good afternoon.
11           MR. SEARS: Good afternoon, Your Honor.
12 Stuart Sears and Danny Onorato on behalf of
13 Mr. Danchenko, who is present. Along with us is our
14 paralegal, Charlie Tent.
15           THE COURT: All right. We're here in
16 connection with a jury note that indicates that
17 indicated that they wanted Government Exhibit 103,
18 which was not admitted. I believe it was used to
19 refresh Agent Helson's recollection.
20           The parties have any thoughts about what I
21 should say to them?
22           MR. DURHAM: Your Honor, I think that, based
23 on a discussion with defense counsel, the parties are
24 in agreement that the Court should simply advise the
25 jurors that that exhibit was used to refresh and is not

1224

1 admitted as a full exhibit, and that's why it's not in
2 their binder.
3         THE COURT: Anything to add to that?
4         MR. SEARS: I agree with that, Your Honor.
5         THE COURT: Let's bring the jury out.
6     (The jury enters at 3:47 p.m.)
7         THE COURT: Please be seated.
8         I've received your note, and I've reviewed it
9 with counsel. You've indicated an interest in having
10 Government Exhibit 103. Government Exhibit 103, while
11 mentioned during the trial, was used only for the
12 purpose of refreshing Special Agent Helson's
13 recollection. It was not admitted. So, therefore, it
14 was not included in your binder, and it's not available
15 to you for the purposes of your deliberations other
16 than for the purpose for which it was used during the
17 trial.
18         So with that, you're excused back to the jury
19 room to continue your deliberations.
20     (The jury exits at 3:48 p.m.)
21         THE COURT: All right. We'll stand in recess
22 pending hearing further from the jury.
23     (Recess from 3:49 p.m. until 4:21 p.m.)
24     (The jury is not present.)
25         THE COURT: I understand the jury has reached

1  a verdict.  Anything before we bring the jury out?
2              MR. DURHAM:  The government has nothing.
3  Thank you, Your Honor.
4              MR. SEARS:  No, Your Honor.
5              THE COURT:  All right.  Bring out the jury.
6         (The jury enters at 4:21 p.m.)
7              THE COURT:  Please be seated.
8              Would the foreperson identify himself or
9  herself.
10             Yes.  I understand you've reached a verdict.
11 Is that correct?
12             THE FOREPERSON:  Yes, Your Honor.
13             THE COURT:  Is that verdict unanimous?
14             THE FOREPERSON:  Yes, Your Honor.
15             THE COURT:  All right.  If you will, give the
16 verdict form to Mr. Burns.
17             THE FOREPERSON:  Thank you, sir.
18             THE COURT:  Ladies and gentlemen of the jury,
19 we are now going to do what we call publish your
20 verdict.  Please listen carefully to the verdict as
21 it's read because after it's read, each of you will be
22 asked if this is, in fact, your verdict.
23             THE CLERK:  Will the defendant please rise
24 and face the jury.
25             With respect to the charge of false

1 statements on or about March 16, 2017, as alleged in
2 Count 2 of the indictment, we, the jury, find the
3 defendant, Igor Danchenko, not guilty.
4           As to Count 3 of the charge of false
5 statements on or about May 18, 2017, as alleged in
6 Count 3 of the indictment, we, the jury, find the
7 defendant, Igor Danchenko, not guilty.
8           With respect to the charge of false
9 statements on or about October 24, 2017, as alleged in
10 Count 4 of the indictment, we, the jury, find the
11 defendant, Igor Danchenko, not guilty.
12          And as to Count 5, with respect to the charge
13 of false statements on or about November 2, 2017, as
14 alleged in Count 5 of the indictment, we, the jury,
15 find the defendant, Igor Danchenko, not guilty.
16          So say we all this 18th day of October 2022,
17 signed by the foreperson.
18          THE COURT:  Poll the jury, please.
19     (The clerk asked each juror, "Is this your true
20     verdict," and each juror answered, "Yes.")
21          THE CLERK:  Thank you.
22          THE COURT:  Thank you.
23          Ladies and gentlemen, your service as jurors
24 in this case is now ended.  On behalf of all the judges
25 of the Eastern District, I want to thank you for your

```
 1  service.  You're excused.  You're discharged from
 2  further jury service.  You are excused to the jury
 3  room.  If you will remain there for a moment, I'll join
 4  you shortly.
 5       (The jury exits at 4:25 p.m.)
 6            THE COURT:  Mr. Danchenko, would you come to
 7  the podium, please.
 8            In accordance with the jury's verdict, I find
 9  you not guilty on Counts 2 through 5.  You are,
10  therefore, acquitted of those counts.  You are
11  discharged from your bond, and you are free to go.
12            THE DEFENDANT:  Thank you, Your Honor.
13            THE COURT:  Anything further?
14            MR. SEARS:  No, Your Honor.
15            MR. DURHAM:  The government has nothing.
16  Thank you, Your Honor.
17            THE COURT:  All right.  The Court will stand
18  in recess.
19                   ----------------------------------
                              Time:  4:26 p.m.
20

21
         I certify that the foregoing is a true and
22
      accurate transcription of my stenographic notes.
23

24
                                        /s/
25                             Rhonda F. Montgomery, CCR, RPR
```