IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

Alexandria Division

UNITED STATES OF AMERICA :
: Criminal No. 21-CR-245 (AJT)
v. :
:
IGOR Y. DANCHENKO, :
:
Defendant. :

2022 OCT -6  P 12: 35

## GOVERNMENT'S LIST OF TRIAL WITNESSES

The Government may call the following witnesses at trial:

✓5. 1. FBI Supervisory Special Agent Amy Anderson  10/14/22
✓1. 2. FBI Supervisory Intelligence Analyst Brian Auten — 10/11/22, 10/12/22,
✓2. 3. Charles Dolan  10/13/22
✓3. 4. FBI Special Agent Kevin Helson  10/13/22
✓4. 5. Brittany Hertzog  10/14/22
✓6. 6. FBI Supervisory Special Agent Ryan James  10/14/22

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

/S/ _____
Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
Brittain.Shaw@usdoj.gov