IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA : Criminal No. 21-CR-245 (AJT)

v.

IGOR Y. DANCHENKO,

Defendant.

## GOVERNMENT'S LIST OF TRIAL EXHIBITS

| GX # | FBI Records | Admitted |
|---|---|---|
| 100 | 3-DAY INTERVIEW REPORT OF IGOR DANCHENKO K. Helsen 10/14/22 | |
| 101 | 2017-05-18 CONTACT REPORT SUBSTITUTION | |
| 102 | 2017-10-24 CONTACT REPORT SUBSTITUTION K. Helsen 10/14/22 | |
| 103 | 2017-11-02 CONTACT REPORT SUBSTITUTION | |
| 104 | ANDERSON, AMY LYNC CHATS | |
| 105 | AUTEN, BRIAN LYNC CHAT EXCERPT | |
| 106 | HELSON, KEVIN LYNC CHATS | |
| 107 | HERTZOG, BRITTANY LYNC CHATS | |
| 109A | COMPANY REPORT 095 B. Auten, 10/11/22 | ✓ |
| 109B | COMPANY REPORT 095 | |
| 112 | COMPANY REPORT 105 B. Auten, 10/12/22; C. Dolan, 10/13/22 | ✓ K. Helson 10/13/22 |
| 114 | 2017-06-12 104500 EMAIL | |
| 115 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL | ✓ K. Helson - 10/13/22 |
| 115T | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL TRANSCRIPT | ✓ K. Helson - 10/13/22 |
| 116 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT BUSINESS CARD | |
| 117 | DOSSIER REPORTS | |
| 118 | IMMUNITY LETTER B. Auten, 10/11/22; K. Helson 10/13/22 | ✓ |
| 119 | 2017-05-17 CONTACT REPORT SUBSTITUTION | ✓ K. Helson, 10/13/22 |
| 120 | 2017-07-13 CONTACT REPORT SUBSTITUTION | ✓ K. Helson, 10/13/22 |
| 150 | 2017-03-16 RECORDING | |
| 0151 | 2017-03-16 RECORDING EXCERPT | ✓ |
| 0151T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 0152 | 2017-03-16 RECORDING EXCERPT | ✓ |

B. Auten 10/12/22 (115, 115T)

K. Helson 10/13/22 (0151, 0151T)

K. Helson 10/13/22 (0152)

K. Helson 10/14/22 • 117A

| | | |
|---|---|---|
| 0152T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | ✓ K. Helson 10/13/22 |
| 0153 | 2017-03-16 RECORDING EXCERPT | |
| 0153T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | |
| 160 | 2017-05-18 RECORDING | |
| 0161 | 2017-05-18 RECORDING EXCERPT | |
| 0161T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 0162 | 2017-05-18 RECORDING EXCERPT | ✓ |
| 0162T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 0163 | 2017-05-18 RECORDING EXCERPT | |
| 0163T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | |
| 0164 | 2017-05-18 RECORDING EXCERPT | ✓ |
| 0164T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 170 | 2017-06-15 RECORDING | |
| 0171 | 2017-06-15 RECORDING EXCERPT | ✓ |
| 0171T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 0172 | 2017-06-15 RECORDING EXCERPT | ✓ |
| 0172T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 0173 | 2017-06-15 RECORDING EXCERPT | ✓ |
| 0173T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | ✓ |
| **GX#** | **Google Records** | **Admitted** |
| 203 | 2016-07-14 044134 EMAIL | |
| 204 | 2016-07-21 124700 EMAIL K. Helson, 10/13/22 | ✓ |
| 204T | 2016-07-21 124700 TRANSLATION K. Helson, 10/13/22, 10/14/22 | ✓ |
| 205 | 2016-07-26 093300 EMAIL K. Helson, 10/13/22 | ✓ |
| 205T | 2016-07-26 093300 TRANSLATION K. Helson, 10/13/22. | ✓ |
| 206 | 2016-07-26 100600 EMAL K. Helson, 10/13/12 | ✓ |
| 206T | 2016-07-26 100600 TRANSLATION K. Helson, 10/13/22 | ✓ |
| 207 | 2016-08-18 123300 EMAIL K. Helson, 10/13/22 | ✓ |
| 207T | 2016-08-18 123300 TRANSLATION K. Helson, 10/13/22 | ✓ |
| **GX#** | **Sprint Records (202-679-xxxx)** | **Admitted** |
| 300 | 2016-01 CALL DETAIL RECORDS | |
| 301 | 2016-02 CALL DETAIL RECORDS | |
| 302 | 2016-03 CALL DETAIL RECORDS | |
| 303 | 2016-04 CALL DETAIL RECORDS | |
| 304 | 2016-05 CALL DETAIL RECORDS | |
| 305 | 2016-06 CALL DETAIL RECORDS | |
| 306 | 2016-07 CALL DETAIL RECORDS | |
| 307 | 2016-08 CALL DETAIL RECORDS | |
| 308 | 2016-09 CALL DETAIL RECORDS | |
| 309 | 2016-10 CALL DETAIL RECORDS | |
| 310 | 2016-11 CALL DETAIL RECORDS | |

Margin annotations: K. Helson 10/13/22 (0162–0162T); K. Helson 10/13/22 (0164–0164T); K. Helson 10/13/22 (0171–0171T); K. Helson 10/13/22 (0172–0172T); K. Helson 10/13/22 (0173–0173T); B. Auten 10/12/22 (204–207T)

| | | |
|---|---|---|
| 311 | 2016-12 CALL DETAIL RECORDS | |
| 312 | 2017-01 CALL DETAIL RECORDS | |
| 313 | 2017-02 CALL DETAIL RECORDS | |
| 314 | 2017-03 CALL DETAIL RECORDS | |
| 315 | 2017-04 CALL DETAIL RECORDS | |
| 316 | 2017-05 CALL DETAIL RECORDS | |
| 317 | 2017-06 CALL DETAIL RECORDS | |
| 318 | SPRINT SUBSCRIBER INFO DANCHENKO | |
| **GX#** | **AT&T Records (202-445-xxxx)** | **Admitted** |
| 402 | CALL DETAIL RECORDS MOBILITY 2017 | |
| 403 | SUBSCRIBER RECORDS 2017 | |
| 404 | CALL DETAIL RECORDS INTERNATIONAL 2017 | |
| 405 | CALL DETAIL RECORDS WIRELINE 2017 | |
| 407 | CALL DETAIL RECORDS MOBILITY 2016 | |
| 408 | SUBSCRIBER RECORDS 2016 | |
| 409 | CALL DETAIL RECORDS INTERNATIONAL 2016 | |
| 410 | CALL DETAIL RECORDS WIRELINE 2016 | |
| **GX#** | **Verizon Records (404-667-xxxx)** | **Admitted** |
| 500 | BILLING RECORDS | |
| 501 | ACCOUNT RECORDS | |
| 503 | ACCOUNT RECORDS | ✓ |
| **GX#** | **Facebook Records** | **Admitted** |
| 605 | 2016-06-14 ENTRY | ✓ |
| 605T | 2016-06-14 ENTRY TRANSLATION | ✓ |
| 607 | 2016-07-28 ENTRY | ✓ |
| 610 | 2016-09-26 ENTRY | ✓ |
| 610T | 2016-09-26 ENTRY TRANSLATION | ✓ |
| 611 | 2018-04-04 ENTRY | ✓ |
| 612 | 2018-12-09 ENTRY | ✓ |
| 612T | 2018-12-09 ENTRY TRANSLATION | ✓ |
| **GX#** | **KGlobal Records** | **Admitted** |
| 700 | 2016-03-08 164300 EMAIL | |
| 701 | 2016-03-10 200600 EMAIL | |
| 702 | 2016-04-29 203300 EMAIL C. Dolan, 10/13/22 | ✓ |
| 703 | 2016-04-29 204000 EMAIL C. Dolan, 10/13/22 | ✓ |
| 704 | 2016-04-29 212100 EMAIL | |
| 705 | 2016-04-30 101100 EMAIL | |
| 706 | 2016-04-30 175300 EMAIL | |
| 708 | 2016-05-31 175100 EMAIL | |
| 709 | 2016-06-10 164900 EMAIL | |
| 710 | 2016-06-14 080000 EMAIL | |

R James 10/14/22 (503)

K. Helson 10/13/22 (605, 605T)

R. James 10/14/22 (607)

K. Helson 10/13/22 (610, 610T, 611, 612, 612T)

K Helson 10/14/22 (Adm w/ Redactions) ✓ 606 ✓ 606T — ✓ (With redactions) ✓ " "

R. James ✓ 618 Facebook Record ✓ " " 10/14/22

| | | |
|---|---|---|
| 711 | 2016-07-22 225900 EMAIL | |
| 712A | 2016-08-19 130800 EMAIL C. Dolan, 10/13/22; K. Helson 10/13/12 | ✓ |
| 712B | 2016-08-19 200600 EMAIL C. Dolan, 10/13/22 | ✓ |
| 713A | 2016-08-20 124300 EMAIL C. Dolan, 10/13/22; K. Helson 10/13/12 | ✓ |
| 713B | 2016-08-20 124300 EMAIL C. Dolan, 10/13/22 | ✓ |
| 714 | 2016-08-20 140000 EMAIL B. Auten, 10/12/22; C. Dolan 10/13/22 | ✓ K. Helson 10/13/22 |
| 715 | 2016-09-22 104500 EMAIL | |
| 717 | 2017-01-13 111500 EMAIL | |
| **GX#** | **Marriott/Ritz Carlton Records** | **Admitted** |
| 805 | 2016-06-14 031700 EMAIL | |
| 814 | INSIDE THE KREMLIN CONTACT SHEET | |
| **GX#** | **Sidar Global Records** | **Admitted** |
| 901 | 2016-07-18 114700 EMAIL B. Auten, 10/12/22, K. Helsen 10/14 | ✓ |
| **GX#** | **Public Records** | **Admitted** |
| 1200 | 2016-09-23 YAHOO NEWS ARTICLE | |
| 1202 | 2017-01-10 BUZZFEED ARTICLE C. Dolan, 10/13/22 | ✓ |
| 1203 | 2016-08-19 POLITICO ARTICLE | |
| 1204 | 2017-05-17 MUELLER APPOINTMENT | |
| 1205 | DECLASSIFIED FISA 1 | ✓ |
| 1206 | DECLASSIFIED FISA 2 | ✓ |
| 1207 | DECLASSIFIED FISA 3 | ✓ |
| 1208 | DECLASSIFIED FISA 4 | ✓ |
| **GX#** | **Amtrak Records** | **Admitted** |
| 1300 | AMTRAK RECORDS B. Auten, 10/12/22 | ✓ |
| **GX#** | **Customs & Border Patrol Records** | **Admitted** |
| 1400 | SERGEI MILLIAN TRAVEL RECORD B. Auten – 10/12/22 R. James 11/14 | ✓ |
| **GX#** | **LinkedIn Records** | **Admitted** |
| 1500 | DANCHENKO LINKEDIN MESSAGES | |
| 1502 | DANCHENKO LINKEDIN MESSAGES EXCERPT B. Auten, 10/11/22 | ✓ K. Helson 10/13/22 |
| **GX#** | **Summary Witness Records** | **Admitted** |
| 1602 | SUMMARY DANCHENKO/DOLAN CALL DETAIL RECORDS | |
| 1603 | SUMMARY DANCHENKO CALL DETAIL RECORDS | ✓ |
| **GX#** | **Microsoft Records** | **Admitted** |
| 1702 | HOTMAIL SUBSCRIBER INFORMATION DANCHENKO | |
| 1703 | HOTMAIL CONTACT MILLIAN | |
| 1704 | HOTMAIL CONTACT DANCHENKO, ALYONA | |
| 1705 | HOTMAIL CONTACT CDS | |
| 1706 | HOTMAIL CONTACT MARTIN, JOSH | |
| 1707 | HOTMAIL CONTACT DOLAN, CHARLES | |
| 1708 | HOTMAIL CONTACT SIDAR, CENK | |
| 1709 | HOTMAIL CONTACT K, LYDIA | |

B. Auten 10/12/22 (712A–713B)

B. Auten 10/11/22 (1205–1208)

R. James 10/14/22 • 1603 Summary Chart –
R. James ✓. 1604 Summary Chart 10/14/22

✓ – As Redacted

| | |
|---|---|
| 1710 | HOTMAIL CONTACT KUPKA, STEVEN | |
| 1711 | HOTMAIL CONTACT OLYA | |

| GX# | Stipulations | Admitted |
|---|---|---|
| 1800 | LINKEDIN RECORDS B. Auten, 10/11/22 | ✓ |
| 1801 | GOOGLE LLC RECORDS | ✓ |
| 1802 | RUSSIAN TO ENGLISH TRANSLATIONS | ✓ |
| 1803 | KGLOBAL RECORDS | ✓ |
| 1804 | AT&T RECORDS | |
| 1805 | FACEBOOK RECORDS K. Helson. 10/13/22 | ✓ |
| 1806 | MARRIOTT RECORDS | |
| 1807 | MICROSOFT RECORDS | |
| 1808 | T-MOBILE RECORDS | |
| 1809 | VERIZON RECORDS | |
| 1810 | INTERNET APPLICATIONS B. Auten, 10/12/22 - Offered | ✓ 10/13/22 |
| 1811 | RECORDINGS AND TRANSCRIPTIONS K. Helson, 10/13/22 | ✓ |
| 1812 | AMTRAK RECORDS | ✓ |

B. Auten 10/12/22 (handwritten margin note bracketing 1801–1803)