FILED
IN OPEN COURT

OCT 12 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

/s/
_____
Anthony J. Trenga
United States District Judge

Rec'd 11:30 am
10/12/22

In Russian does how person addressed in email (sergey vs sergio) have a relationship implication ~~meaning~~ between the parties.

REDACTIONS

IN OPEN COURT
OCT 17 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

— PLS EXPLAIN HOW MATERIAL IS CHOSEN FOR REDACTION, AND WHO DECIDES

— DO BOTH PROSECUTOR & DEFENSE HAVE INPUT, OR ARE BOTH GIVEN PREVIOUSLY REDACTED DOCUMENTS?

Rec'd 10/17/22
9:26 AM

_____
Anthony J. Trenga
Senior United States District Judge

Count 5

Jury Persons Note refer to Exhibit 103. and this exhibit reference to Mtg on or about Nov. 2, 2017.

Our evidence binders don't contain this exhibit.

Can you please provide?

FILED IN OPEN COURT
OCT 18 2022
CLERK U.S. DISTRICT
ALEXANDRIA,

/s/
Anthony J. Trenga
Senior United States District Judge

Rec'd 10/18/22
3:27 PM