IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

vs.

Case No.: 1:21-CR-245

IGOR Y. DANCHENKO,

Defendant.

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Government

_____
Counsel for Defendant

10/17/22
_____
Date

Alexandria, Virginia
cc: All counsel