

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-00245-AJT |
| | ) |
| IGOR Y. DANCHENKO, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

### Count 2

With respect to the charge of false statements on or about March 16, 2017, as alleged in Count 2 of the Indictment, we, the jury, find:

Defendant Igor Y. Danchenko:

____X____ Not Guilty          _____ Guilty

### Count 3

With respect to the charge of false statements on or about May 18, 2017, as alleged in Count 3 of the Indictment, we, the jury, find:

Defendant Igor Y. Danchenko:

____X____ Not Guilty          _____ Guilty

1

### Count 4

With respect to the charge of false statements on or about October 24, 2017, as alleged in Count 4 of the Indictment, we, the jury, find:

Defendant Igor Y. Danchenko:

__X__ Not Guilty     _____ Guilty

### Count 5

With respect to the charge of false statements on or about November 2, 2017, as alleged in Count 5 of the Indictment, we, the jury, find:

Defendant Igor Y. Danchenko:

__X__ Not Guilty     _____ Guilty

So say we all this __18th__ day of __October__, 2022.

███████████████████
**Foreperson**