AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

IGOR Y. DANCHENKO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-CR-245

Pursuant to the jury's verdict of not guilty as to Counts 2-5, it is hereby ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Counts 2, 3, 4, and 5 of the Indictment.

/s/
Signature of Judge

Anthony J. Trenga
Senior United States District Judge

Name of Judge / Title of Judge

10/19/2022
Date